AO 241 (Rev. 5/85)

**PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| | | |
|---|---|---|
| **United States District Court** | District MASSACHUSETTS | |
| Name KEVIN NORRIS | Prisoner No. W-52945 | Case No. |

Place of Confinement
NORTH CENTRAL CORRECTION INSTITUTION
500 COLONY ROAD, P.O. BOX 466
GARDNER, MA 01440

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| KEVIN NORRIS | STEVEN O'BREIN, SUPERINTENDENT  &  THOMAS F. REILLY |
| V. | |

The Attorney General of the State of: MASSACHUSETTS

**05-11353MLW**

**PETITION**

1. Name and location of court which entered the judgment of conviction under attack  SUFFOLK SUPERIOR COURT, BOSTON, MASSACHUSETTS

2. Date of judgment of conviction  JULY 17, 1992

3. Length of sentence  25-40 YEARS

4. Nature of offense involved (all counts)  (3) COUNTS OF AGGRAVATED RAPE, (2) COUNTS OF ARMED ROBBERY, (1) COUNT OF BREAKING & ENTERING, AND (1) COUNT OF ASSAULT & BATTERY

5. What was your plea? (Check one)
   (a) Not guilty  ☒
   (b) Guilty  ☐
   (c) Nolo contendere  ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐    No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒    No ☐

RECEIPT # _____
AMOUNT $ 5.00
SUMMONS ISSUED NA
LOCAL RULE 4.1 —
WAIVER FORM —
MCF ISSUED —
BY DPTY. CLK. M.P.
DATE 6/27/05

MAGISTRATE JUDGE JLA

(2)

9.  If you did appeal, answer the following:

   (a) Name of court ___APPEALS COURT OF MASSACHUSETTS___

   (b) Result ___CONVICTIONS AFFIRMED___

   (c) Date of result and citation, if known ___MARCH 7, 1996, RULE 1:28 DECISION___

   (d) Grounds raised ___NURSING DIAGNOSIS THAT COMPLAINT SUFFERED FROM RAPE TRAUMA SYNDROME WAS IMPERMISSIBLE, THE INTRODUCTION OF UNSTANTIATED ALLEGATIONS BY THE COMMONWEALTH PRIMARY WITNESS THAT DEFENDANT HAD BEEN CONVICTED OF A SEX CRIME CONSTITUTED PREJUDICIAL ERROR, AND INEFFECTIVE ASSISTANCE OF COUNSEL___

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

      (1) Name of court ___SUPREME JUDICIAL COURT OF MASSACHUSETTS___

      (2) Result ___FURTHER APPELLATE REVIEW DENIED.___

      (3) Date of result and citation, if known _____

      (4) Grounds raised _____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

      (1) Name of court _____

      (2) Result _____

      (3) Date of result and citation, if known _____

      (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒    No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court ___SUFFOLK SUPERIOR COURT___

        (2) Nature of proceeding ___MOTION FOR NEW TRIAL___

        (3) Grounds raised ___1) HIS TRIAL COUNSEL WAS INEFFECTIVE FOR FAILING TO SEEK DNA TESTING; 2) HIS APPELLATE COUNSEL WAS INEFFECTIVE FOR THE ATTORNEY'S___

CHOICE AND RESTRICTION OF ISSUES TO RAISE ON THE DIRECT APPEAL; 3) LACK

OF FRESH COMPLAINT INSTRUCTIONS; CONSIDERATION OF UNCHARGED CRIMES AT

SENTENCING; AND DUPLICATIVE AGGRAVATED RAPE CONVICTIONS

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result _____

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court  SUFFOLK SUPERIOR COURT

(2) Nature of proceeding  MOTION FOR NEW TRIAL (NEWLY DISCOVERED EVIDENCE).

(3) Grounds raised  DNA TESTING RESULTS WARRANTS AN EVIDENTIARY HEARING OR A MOTION
FOR NEW TRIAL.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result  DENIED WITHOUT A HEARING.

(6) Date of result  JANUARY 15, 2003

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.       Yes ☒     No ☐
(2) Second petition, etc.     Yes ☒     No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: CONVICTION OBTAINED BY CRIMINAL ACTS NOT COVERED BY THE INDICTMENTS, IN VIOLATION OF DUE PROCESS & COMPULSORY PROCESS CLAUSE OF 5TH, 6TH & 14TH AMENDMENTS, AND VIOLATION OF ARTICLE 12 MASS., DECLARATION OF RIGHTS.

Supporting FACTS (state *briefly* without citing cases or law) THE COMMONWEALTH PRESENTED TO THE TRIAL JURY, ADDITIONAL ACTS OF NATURAL SEXUAL INTERCOURSE AND UNNATURAL INTERCOURSE, THAT DESPITE THE FACT THESE ALLEGATIONS WERE PRESENTED TO THE GRAND JURY, THE PETITIONER WAS NOT INDICTED FOR THEM. THIS CRATED A SUBSTANTIAL RISK THAT THE PETITIONER RAPE CONVICTIONS WERE BASED ON ACTS NOT COVERED BY THE INDICTMENTS.

B. Ground two: CONVICTION OBTAINED BY TRIAL JURY NOT UNANIMOUSLY AGREEING TO SPECIFIC ACTS OF CRIMINAL MISCONDUCT.

Supporting FACTS (state *briefly* without citing cases or law) THE PETITIONER WAS INDICTED FOR ONE COUNT OF AGGRAVATED RAPE (NATURAL SEXUAL INTERCOURSE), AND TWO COUNTS OF AGGRAVATED RAPE (UNNATURAL SEXUAL INTERCOURSE). THE COMPLAINT AT TRIAL, HOWEVER DESCRIBED A TOTAL OF THREE DISCREET RAPES BY MEANS OF UNNATURAL SEXUAL INTERCOURSE, AND FOUR DISCREET ACTS OF RAPE BY MEANS OF NATURAL SEXUAL INTERCOURSE. THE TRIAL JUDGE FAILED TO PROVIDE THE JURY WITH A SPECIFIC UNANIMITY INSTRUCTION, VIOLATING THE PETITIONERS FEDERAL AND STATE RIGHTS

C.  Ground three: TRIAL COUNSEL WAS INEFFECTIVE AT SENTENCING, DUE TO HIS FAILURE TO PROVIDE MERITORIOUS MITIGATING FACTORS.

Supporting FACTS (state *briefly* without citing cases or law) THE SIXTH AMENDMENT ENTITLES EVERY CRIMINAL DEFENDANT TO ASSISTANCE AT ALL CRITICAL STAGES. SENTENCING COUNSEL FAILED TO INFORM MERITORIOUS MITIGATING FACTORS, I.E., THE DEFENDANTS TROUBLED CHILDHOOD, PETITIONERS MOTHERS RECENT PASSING, HIS MENTAL ILLNESS (ATTENTION DEFICIT DISORDER), HIS WORK HISTORY OR CALL CHARACTER WITNESSES. TRIAL COUNSEL ALSO SUPPLIED THE PETITIONER WITH AN AFFIDAVIT ATTESTING TO HIS EFFECTIVENESS. (SEE THE ATTACHED).

D.  Ground four: NEWLY DISCOVERED DNA TESTING RESULTS REQUIRED AT THE VERY LEAST AN EVIDENTIARY HEARING.

Supporting FACTS (state *briefly* without citing cases or law) THE PETITIONER OBTAINED DNA TESTING RESULTS IN SEPTEMBER OF 2000, INDICATING THAT HE WAS EXCLUDED AS THE DONOR OF A SEMEN STAIN ON THE TOWEL USED IN THE SEXUAL ASSAULT, BUT COULD NOT BE EXCLUDED AS THE DONOR OF THE SEMEN FOUND INSIDE A CONDOM USED DURING THE ASSAULT. PETITIONER FEELS THAT HE IS ENTITLED TO A EVIDENTIARY HEARING TO ARGUE FOR A NEW TRIAL AND CHALLENGE THE JUDGES FINDINGS THAT THE SEMEN ON TOWEL COULD HAVE CAME FROM TOW OTHER SOURCES AND OFFER HIS OWN SCIENTIFIC FINDINGS OR DOCTOR ON THE VALIDITY OF THE MATCH (CONDOM).

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: GROUND F. WAS NOT RAISED IN FEDERAL COURT BECAUSE THE PETITIONER WAS NOT ADEQUATELY ADVISED ABOUT THE TIME LIMITATIONS BY HIS APPELLATE COUNSEL AND AT THE TIME HE LACKED LEGAL KNOWLEDGE TO LITIGATE THE ISSUE.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐     No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing BRUCE R. TAUB, 59 TEMPLE PLACE, SUITE 402, BOSTON, MA 02111

(b) At arraignment and plea (SAME)

(6)

## ADDITIONAL GROUNDS

E. GROUND FIVE: THE COMMONWEALTH PROVIDED THE SENTENCING JUDGE WITH INACCURATE AND MISLEADING INFORMATION CONCERNING THE PETITIONERS CRIMINAL RECORD AND USED A PRIOR CONVICTION AGAINST THE PETITIONER LATER DECLARED INVALID.

SUPPORTING FACTS: DURING SENTENCING THE COMMONWEALTH PROVIDED THE TRIAL COURT WITH INFORMATION CONCERNING A LARCENY CHARGE (CONTINUED WITHOUT A FINDING) OF ROXBURY DISTRICT COURT. SEE PETITIONERS TR.5-21-23. THE COMMONWEALTH INFORMED THE COURT THAT THE PETITIONER WAS ARRESTED FOR CASE <u>DURING</u> A BREAKING & ENTERING. THIS STATEMENT WAS INCORRECT BECAUSE THE PETITIONER TURNED HIMSELF INTO THE POLICE. THIS CONVICTION FURTHERMORE, WAS DISMISSED AGAINST THE PETITIONER SUBSEQUENTLY. DUE PROCESS WOULD REQUIRE RE-SENTENCING IF THE SENTENCING JUDGE TOOK INTO CONSIDERATION A "CONVICTION" LATER DECLARED INVALID, OR RELIED UPON INFORMATION WHICH WAS INACCURATE OR MISLEADING. THE PETITIONERS TRANSCRIPTS INDICATE THAT HE TOOK ALL THIS INFORMATION INTO CONSIDERATION, THE TRIAL COURT STATED "SO IN DISPOSING OF THIS CASE, I JUST WANT YOU ALL TO UNDERSTAND THAT I HAVE TAKEN ALL OF THOSE FACTORS INTO CONSIDERATION." TR.5-27.

F. GROUND SIX: TRIAL COUNSEL WAS INEFFECTIVE DUE TO HIS FAILURE TO TIMELY OBJECT TO THE PETITIONERS JUROR POOL.

SUPPORTING FACTS: THERE WERE ONLY THREE AFRICAN-AMERICANS IN THE JUROR POOL, AND NONE WERE QUESTIONED OR SEATED FOR TRIAL TR.1-190. THE TRIAL JUDGE MAKES A NOTE ON THE RECORD OF THE TIMELINESS OF DEFENSE COUNSEL'S OBJECTION TR.1-191. UNDER MASSACHUSETTS LAW, A CHALLENGE TO THE COMPOSITION OF THE JURY SHALL BE MADE BEFORE ANY INDIVIDUAL JUROR IS EXAMINED. AS A RESULT OF TRIAL COUNSELS FAILURE TO TIMELY OBJECT TO THE JUROR POOL, THE DEFENDANT WAS TRIED BY AN ALL WHITE JURY. THIS IS PARTICULARLY SIGNIFICANT BECAUSE THE PETITION IS BLACK, AND THE VICTIM WAS WHITE.

(c) At trial ___(SAME)___

(d) At sentencing ___(SAME)___

(e) On appeal ___JULIE ANN BOYDEN, P.O. BOX 988, EASTON, MA 02334___

(f) In any post-conviction proceeding ___DNA TESTING MATTER, DAVID KELSTON AND NOAH ROSMARIN, 90 CANAL STREET, 5TH FLOOR, BOSTON, MA 02114___

(g) On appeal from any adverse ruling in a post-conviction proceeding ___SANDRA BLOOMENTHAL, 445 OLD KINGS HIGHWAY RT. 6A, P.O. BOX 870, E SANDWICH, MA 02537___

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
    Yes ☒    No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐    No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: ___
    
    (b) Give date and length of the above sentence: ___
    
    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☒    No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

___6/13/05___
(date)

___Kevin Marie___
Signature of Petitioner

## AFFIDAVIT

I, Bruce R. Taub, being duly sworn, do hereby depose and state as follows:

1) I am an attorney in good standing in the Commonwealth of Massachusetts. I represented Kevin Norris in <u>Commonwealth v. Norris</u>, 91SUCR25197-001-009, including trial representation, following which Mr. Norris was convicted of armed robbery and aggravated rape.

2) After reflecting on my representation of Mr. Norris at trial and sentencing, I believe Mr. Norris might have benefited from my interviewing members of his family to testify at sentencing on his behalf and from a more thorough investigation into his background for mitigating factors.

3) I believe Mr. Norris's sentence of 25-40 years to be extremely harsh and excessive, exceeding the old and new sentencing guidelines for someone with no prior convictions.

4) I believe the defendant's unwillingness to plead guilty, the race and class of the victim and of the defendant, and the presence of the victim's family in the courtroom may have fueled the trial judge's perception that a very severe sanction was warranted.

5) In my years of practicing criminal law in the Commonwealth I am unaware of a comparable sentence being given to a defendant with no prior criminal record who was a teenager at the time of his crime.

6) I believe in the interest of justice and fairness.Mr. Norris sentence should be revised to reflect a sentence that is appropriate and within the sentencing guidelines.

Signed under the pains and penalties of perjury this 23rd day of October 2000.

Bruce R. Taub

BRUCE R. TAUB, P.C.
ATTORNEY AT LAW
19 TEMPLE PLACE
SUITE 402
BOSTON, MA 02111

TEL (617) 451-5710
FAX (617) 451-2253
ail brt@ma.ultranet.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) __KEVIN NORRIS Vs. STEVEN O'BRIEN__

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

    ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ___ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.      for patent, trademark or copyright cases

    ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

    _X_ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

    ___ V.   150, 152, 153.

    05 - 11353 MLW

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.
    N/A

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
                                                        YES        NO

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)
                                                        YES        NO
    IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
                                                        YES        NO

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?
                                                        YES        NO

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
                                                        YES        NO

    A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?
       EASTERN DIVISION        CENTRAL DIVISION        WESTERN DIVISION

    B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?
       EASTERN DIVISION        CENTRAL DIVISION        WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __KEVIN NORRIS (INMATE PRO SE)__
ADDRESS __P.O. BOX 466, GARDNER, MA 01440__
TELEPHONE NO. _____

(Cover sheet local.wpd - 11/27/00)

≈JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
NCCI
KEVIN NORRIS
P.O. BOX 446, GARDNER, MA 01440

(b) County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
PRO SE

**DEFENDANTS**
STEVEN O'BRIEN, SUPERINTENDENT
&
THOMAS F. REILLY, ATTORNEY GENERAL

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known) OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE, BOSTON, MA 02108-1698

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

05-11353MLW

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☒ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Brief description of cause: 28 U.S.C. § 2254 (HABEAS CORPUS, PERSON IN STATE CUSTODY)

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

```
                                            KEVIN NORRIS   W-52945
                                            P.O.BOX 466
UNITED STATES DISTRICT COURT                GARDNER,MA 01440
DISTRICT OF MASSACHUSETTS
MR.TONY ANASTAS, CLERK
U.S. COURTHOUSE
ONE COURTHOUSE WAY
BOSTON,MA 02110
```

RE: FILING OF 28 U.S.C. § 2254 (HABEAS CORPUS PETITION)

**05-11353MLW**                                       JUNE 13, 2005

DEAR CLERK ANASTAS:

  PLEASE FIND ENCLOSED HEREIN A COPY OF THE PETITIONERS:

1) TWO COPIES OF THE PETITION AND THE ORIGINAL;

2) APPLICATION TO PROCEED WITHOUT PAYMENT, WITH SIX MONTH STATEMENT;

3) CIVIL ACTION COVER SHEET;

  IF ANY FORM IS MISSING OR NEEDED FOR FILING PLEASE INFORM ME. I THANK YOU IN ADVANCE FOR YOUR KIND ATTENTION TO THIS MATTER.

                                            SINCERELY,
                                            *Kevin Norris* (signature)
                                            KEVIN NORRIS