# UNITED STATES DISTRICT COURT

District of _____

_____

Plaintiff

KEVIN NORRIS

V.

STEVEN O'BRIEN

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER **05-11353MLW**

I, _____KEVIN NORRIS_____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    ☑ Yes        ☐ No        (If "No," go to Part 2)

    If "Yes," state the place of your incarceration ___NORTH CENTRAL CORR. INSTITUTION___

    Are you employed at the institution? ___✓___ Do you receive any payment from the ___$5.25 A WEEK.___

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2.  Are you currently employed?        ☐ Yes        ☐ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | | |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☐ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☐ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☐ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☐ No |
    | e. | Gifts or inheritances | ☐ Yes | ☐ No |
    | f. | Any other sources | ☐ Yes | ☐ No |

    N/A

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

4.    Do you have any cash or checking or savings accounts?       ☐ Yes       ☑ No

If "Yes," state the total amount. _____

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other
thing of value?       ☐ Yes       ☑ No

If "Yes," describe the property and state its value.

*N/A*

6.    List the persons who are dependent on you for support, state your relationship to each person and indicate
how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

___6/13/05___                          _Kevin Mourin_
       Date                                          Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In
addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts,
expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts,
perhaps because you have been in multiple institutions, attach one certified statement of each account.

MASSACHUSETTS                                          NCCI-GARDNER
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report


Inmate Name............                    Kevin        Norris

Commitment number....                      W52945

Period encompassed....                     11/27/2004    THRU    5/27/2005

                                           Personal    Savings    Total
Six Month Average Daily Balance            21.68       119.94     141.62

20% of Six Month Average Daily Balance     28.32

Total Expenditures for Period                                    535.68

Total Income for Period                                          588.79


To the best of my knowledge, the above
summary information is true and accurate:

Signed _____
Sheila Cregg, Treasurer

Time: _____2:36 pm_____

Date: _____6/13/05_____


Note: A copy of the inmate's account activity statement for the six month period
("Inmate Transaction History") is attached.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :  20050527 16:44**

Page :    1

| | | |
|---|---|---|
| Commit# : | W52945 | NCCI GARDNER |
| Name   : | NORRIS, KEVIN, , | Statement From    20041127 |
| Inst   : | NCCI GARDNER | To    20050527 |
| Block  : | B BUILDING 1 | |
| Cell/Bed : | 10 /A | *Begin Bal. 21.48    90.57* |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $3,673.95 | $3,652.47 | $166.57 | $76.00 |
| 20041201 22:30 | CN - Canteen | 3747739 | | GAR | ~Canteen Date : 20041201 | $0.00 | $15.90 | $0.00 | $0.00 |
| 20041201 23:07 | PY - Payroll | 3755148 | | GAR | ~20041114 To 20041120 | $1.50 | $0.00 | $0.00 | $0.00 |
| 20041201 23:07 | PY - Payroll | 3755149 | | GAR | ~20041114 To 20041120 | $0.00 | $0.00 | $1.50 | $0.00 |
| 20041207 17:00 | IS - Interest | 3781396 | | GAR | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3781397 | | GAR | | $0.00 | $0.00 | $0.19 | $0.00 |
| 20041208 22:30 | CN - Canteen | 3799885 | | GAR | ~Canteen Date : 20041208 | $0.00 | $6.83 | $0.00 | $0.00 |
| 20041208 23:08 | PY - Payroll | 3805816 | | GAR | ~20041121 To 20041127 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20041208 23:08 | PY - Payroll | 3805817 | | GAR | ~20041121 To 20041127 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20041215 23:05 | PY - Payroll | 3840400 | | GAR | ~20041128 To 20041204 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20041215 23:05 | PY - Payroll | 3840401 | | GAR | ~20041128 To 20041204 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20041222 23:06 | PY - Payroll | 3877180 | | GAR | ~20041205 To 20041211 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20041222 23:06 | PY - Payroll | 3877181 | | GAR | ~20041205 To 20041211 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20041224 13:33 | IC - Transfer from Inmate to Club A/c | 3886892 | | GAR | ~cert mail~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.83 | $0.00 | $0.00 |
| 20041228 10:37 | ML - Mail | 3892009 | | GAR | ~Norris, Carla, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20041228 10:37 | MA - Maintenance and Administration | 3892010 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041229 23:05 | PY - Payroll | 3910187 | | GAR | ~20041212 To 20041218 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20041229 23:05 | PY - Payroll | 3910188 | | GAR | ~20041212 To 20041218 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050105 22:30 | CN - Canteen | 3932824 | | GAR | ~Canteen Date : 20050105 | $0.00 | $42.17 | $0.00 | $0.00 |
| 20050105 23:04 | PY - Payroll | 3940710 | | GAR | ~20041219 To 20041225 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050105 23:04 | PY - Payroll | 3940711 | | GAR | ~20041219 To 20041225 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050112 23:06 | PY - Payroll | 3974020 | | GAR | ~20041226 To 20050101 | $2.00 | $0.00 | $0.00 | $0.00 |
| 20050112 23:06 | PY - Payroll | 3974021 | | GAR | ~20041226 To 20050101 | $0.00 | $0.00 | $2.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3982484 | | GAR | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3982485 | | GAR | | $0.00 | $0.00 | $0.24 | $0.00 |
| 20050118 09:58 | ML - Mail | 4003166 | | GAR | ~NO NAME | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050118 09:58 | MA - Maintenance and Administration | 4003167 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050118 22:30 | CN - Canteen | 4006092 | | GAR | ~Canteen Date : 20050118 | $0.00 | $6.73 | $0.00 | $0.00 |
| 20050119 23:07 | PY - Payroll | 4018299 | | GAR | ~20050102 To 20050108 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050119 23:07 | PY - Payroll | 4018300 | | GAR | ~20050102 To 20050108 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050125 22:30 | CN - Canteen | 4037866 | | GAR | ~Canteen Date : 20050125 | $0.00 | $32.39 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :   20050527 16:44

Page :   2

| Commit# : | W52945 | | | NCCI GARDNER | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name   : | NORRIS, KEVIN, , | | | Statement From | 20041127 | | | | |
| Inst   : | NCCI GARDNER | | | To | 20050527 | | | | |
| Block  : | B BUILDING 1 | | | | | | | | |
| Cell/Bed : | 10 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| 20050126 23:04 | PY - Payroll | 4047327 | | GAR | ~20050109 To 20050115 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050126 23:04 | PY - Payroll | 4047328 | | GAR | ~20050109 To 20050115 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050127 11:35 | IC - Transfer from Inmate to Club A/c | 4050238 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.11 | $0.00 | $0.00 |
| 20050201 22:30 | CN - Canteen | 4068084 | | GAR | ~Canteen Date : 20050201 | $0.00 | $16.10 | $0.00 | $0.00 |
| 20050202 23:06 | PY - Payroll | 4080286 | | GAR | ~20050116 To 20050122 | $2.00 | $0.00 | $0.00 | $0.00 |
| 20050202 23:06 | PY - Payroll | 4080287 | | GAR | ~20050116 To 20050122 | $0.00 | $0.00 | $2.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4111565 | | GAR | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4111566 | | GAR | | $0.00 | $0.00 | $0.29 | $0.00 |
| 20050209 23:06 | PY - Payroll | 4130428 | | GAR | ~20050123 To 20050129 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050209 23:06 | PY - Payroll | 4130429 | | GAR | ~20050123 To 20050129 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050211 09:37 | ML - Mail | 4139047 | | GAR | ~Norris, Carla, , | $110.00 | $0.00 | $0.00 | $0.00 |
| 20050211 09:37 | MA - Maintenance and Administration | 4139048 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050216 22:30 | CN - Canteen | 4156296 | | GAR | ~Canteen Date : 20050216 | $0.00 | $25.60 | $0.00 | $0.00 |
| 20050216 23:08 | PY - Payroll | 4163124 | | GAR | ~20050130 To 20050205 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050216 23:08 | PY - Payroll | 4163125 | | GAR | ~20050130 To 20050205 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050218 09:33 | ML - Mail | 4170865 | | GAR | ~NORRIS, RICHARD, , | $15.00 | $0.00 | $0.00 | $0.00 |
| 20050223 22:30 | CN - Canteen | 4186060 | | GAR | ~Canteen Date : 20050223 | $0.00 | $20.07 | $0.00 | $0.00 |
| 20050223 23:07 | PY - Payroll | 4192037 | | GAR | ~20050206 To 20050212 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050223 23:07 | PY - Payroll | 4192038 | | GAR | ~20050206 To 20050212 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050225 14:56 | IC - Transfer from Inmate to Club A/c | 4200302 | | GAR | ~Clothing Order~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $60.57 | $0.00 | $0.00 |
| 20050301 10:18 | CI - Transfer from Club to Inmate A/c | 4208213 | | GAR | ~Refunded $60.57 for clothing order charged 2/25/05. Inmates order totaled $89.17 was charged $60.57 in error. Will try to process again with next clothing orders.~W52945 NORRIS,KEVIN PERSONAL~KCN WASH ACCOUNT - Z5 | $60.57 | $0.00 | $0.00 | $0.00 |
| 20050301 11:42 | ML - Mail | 4208672 | | GAR | ~NORRIS, RICHARD, , | $15.00 | $0.00 | $0.00 | $0.00 |
| 20050301 11:42 | MA - Maintenance and Administration | 4208673 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050302 22:30 | CN - Canteen | 4217816 | | GAR | ~Canteen Date : 20050302 | $0.00 | $21.39 | $0.00 | $0.00 |
| 20050302 23:05 | PY - Payroll | 4223737 | | GAR | ~20050213 To 20050219 | $1.50 | $0.00 | $0.00 | $0.00 |
| 20050302 23:05 | PY - Payroll | 4223738 | | GAR | ~20050213 To 20050219 | $0.00 | $0.00 | $1.50 | $0.00 |
| 20050303 14:37 | IC - Transfer from Inmate to Club A/c | 4227885 | | GAR | ~Clothing Order~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $60.57 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :  20050527 16:44**

| | | | |
|---|---|---|---|
| **Commit# :** | W52945 | **NCCI GARDNER** | **Page : 3** |
| **Name :** | NORRIS, KEVIN, , | **Statement From** 20041127 | |
| **Inst :** | NCCI GARDNER | **To** 20050527 | |
| **Block :** | B BUILDING 1 | | |
| **Cell/Bed :** | 10 /A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050308 10:24 | ML - Mail | 4244008 | | GAR | ~CHARMAINE NORRIS | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050309 22:30 | CN - Canteen | 4252977 | | GAR | ~Canteen Date : 20050309 | $0.00 | $21.70 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4282672 | | GAR | | $0.15 | $0.00 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4282673 | | GAR | | $0.00 | $0.00 | $0.32 | $0.00 |
| 20050316 09:24 | ML - Mail | 4296985 | | GAR | ~DIANE NORRIS | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050316 11:16 | IC - Transfer from Inmate to Club A/c | 4297690 | | GAR | ~Remaining balance due for 3/3/05 Clothing Order.~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $28.60 | $0.00 | $0.00 |
| 20050323 22:30 | CN - Canteen | 4332337 | | GAR | ~Canteen Date : 20050323 | $0.00 | $21.29 | $0.00 | $0.00 |
| 20050323 23:07 | PY - Payroll | 4338668 | | GAR | ~20050306 To 20050312 | $3.50 | $0.00 | $0.00 | $0.00 |
| 20050323 23:07 | PY - Payroll | 4338669 | | GAR | ~20050306 To 20050312 | $0.00 | $0.00 | $3.50 | $0.00 |
| 20050330 23:09 | PY - Payroll | 4369594 | | GAR | ~20050313 To 20050319 | $3.50 | $0.00 | $0.00 | $0.00 |
| 20050330 23:09 | PY - Payroll | 4369595 | | GAR | ~20050313 To 20050319 | $0.00 | $0.00 | $3.50 | $0.00 |
| 20050406 11:17 | IC - Transfer from Inmate to Club A/c | 4397880 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.98 | $0.00 | $0.00 |
| 20050406 22:30 | CN - Canteen | 4401331 | | GAR | ~Canteen Date : 20050406 | $0.00 | $7.33 | $0.00 | $0.00 |
| 20050406 23:07 | PY - Payroll | 4407145 | | GAR | ~20050320 To 20050326 | $3.50 | $0.00 | $0.00 | $0.00 |
| 20050406 23:07 | PY - Payroll | 4407146 | | GAR | ~20050320 To 20050326 | $0.00 | $0.00 | $3.50 | $0.00 |
| 20050408 11:26 | IC - Transfer from Inmate to Club A/c | 4417469 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4422625 | | GAR | | $0.07 | $0.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4422626 | | GAR | | $0.00 | $0.00 | $0.41 | $0.00 |
| 20050413 22:30 | CN - Canteen | 4452137 | | GAR | ~Canteen Date : 20050413 | $0.00 | $0.61 | $0.00 | $0.00 |
| 20050413 23:06 | PY - Payroll | 4458013 | | GAR | ~20050327 To 20050402 | $3.50 | $0.00 | $0.00 | $0.00 |
| 20050413 23:06 | PY - Payroll | 4458019 | | GAR | ~20050327 To 20050402 | $0.00 | $0.00 | $3.50 | $0.00 |
| 20050419 10:47 | IC - Transfer from Inmate to Club A/c | 4474170 | | GAR | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050420 23:18 | PY - Payroll | 4488610 | | GAR | ~20050403 To 20050409 | $3.50 | $0.00 | $0.00 | $0.00 |
| 20050420 23:18 | PY - Payroll | 4488611 | | GAR | ~20050403 To 20050409 | $0.00 | $0.00 | $3.50 | $0.00 |
| 20050422 11:28 | ML - Mail | 4497104 | | GAR | ~KIALIN NORRIS | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050422 11:28 | MA - Maintenance and Administration | 4497106 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050427 22:30 | CN - Canteen | 4513587 | | GAR | ~Canteen Date : 20050427 | $0.00 | $46.21 | $0.00 | $0.00 |
| 20050427 23:08 | PY - Payroll | 4519383 | | GAR | ~20050410 To 20050416 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20050427 23:08 | PY - Payroll | 4519384 | | GAR | ~20050410 To 20050416 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20050428 10:43 | AT - Account Transfer | 4522351 | | GAR | ~Appliance Order~W52945 NORRIS,KEVIN  PERSONAL | $21.42 | $0.00 | $0.00 | $21.42 |