```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

KEVIN NORRIS,                        )
                                     )
     Petitioner,                     )
                                     )
         v.                          )  C.A. No. 05-11353-MLW
                                     )
STEVEN O'BRIEN                       )
                                     )
                                     )
     Respondent.                     )
```

ORDER

WOLF, D.J.                                              June 30, 2005

    Pursuant to Rule 4 of the Rules Governing Section 2254 Cases, the Clerk of the court is hereby ORDERED to serve a copy of the Petition for Writ of Habeas Corpus ("Petition") by mailing copies of the same, certified mail, to the respondent <u>and</u> the Attorney General for the Commonwealth of Massachusetts, Attention: William J. Meade, Chief, Appellate Division, Criminal Bureau, Commonwealth of Massachusetts, Office of the Attorney General, One Ashburton Place, Boston, MA 02108-1598.

    It is further ORDERED that the respondent shall, within twenty (20) days of receipt of this Order, file an answer or other proper responsive pleading to the Petition. This court requests that as part of the response, the respondent file such documents as are necessary to show whether the petitioner exhausted available state remedies with respect to the matters raised by the Petition.

    Petitioner's Motion to Proceed Without Prepayment of Fees

(Docket No. 2) is DENIED as moot because he has already paid the filing fee.

                                              /s/ Mark L. Wolf  
                                             UNITED STATES DISTRICT JUDGE