UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEVIN NORRIS,
    Petitioner,

v.

STEVEN O'BRIEN,
    Respondent.

Civil Action No. 05-11353-MLW

**RESPONDENT'S MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION
TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS AS TIME-BARRED**

The respondent, Steven O'Brien, respectfully submits this memorandum of law in support of his motion to dismiss the petition for a writ of habeas corpus filed by the petitioner, Kevin Norris ("Norris"). The petition must be dismissed as time-barred under 28 U.S.C. § 2244(d), the statute of limitations for federal habeas corpus petitions, which is contained in the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"). Norris's conviction became final on July 28, 1996. Therefore, Norris had to file his federal habeas petition before the lapse of the one year statute of limitations on July 28, 1997. However, Norris did not bring this petition until June 27, 2005, more than seven years after the limitations period lapsed. Moreover, the statute of limitations was not tolled at any point between July 28, 1996 and July 28, 1997. Accordingly, the petition is untimely and should be dismissed.

**PRIOR PROCEEDINGS**

On July 17, 1992, a Suffolk County jury convicted Norris of three counts of aggravated rape; three counts of armed robbery; one count of assault and battery with a dangerous weapon; and one count of assault with a dangerous weapon. *See* Exhibit A at 7-8. Norris was subsequently sentenced to twenty-five to forty years in state prison. *Id.* at 8. On July 21, 1992,

Norris filed a Notice of Appeal. *Id.* The Appeals Court of Massachusetts affirmed the conviction in an unpublished opinion pursuant to Mass. R. App. Prac. 1:28 on March 7, 1996. *Commonwealth v. Norris*, 40 Mass. App. Ct. 1107 (1996). Norris' application for further appellate review was denied on April 29, 1996. *Commonwealth v. Norris*, 422 Mass. 1107 (1996).

On May 20, 1998, Norris filed his first motion for new trial in the Suffolk Superior Court. *See* Exhibit A at 9. That motion was denied on May 29, 1998 by Donovan, RAJ. *Id.* Norris filed a notice of appeal from the denial of his motion on June 19, 1998. *Id.* In a Rule 1:28 decision on October 22, 1999, the Appeals Court affirmed the denial of the motion for new trial and motion for reconsideration. *Commonwealth v. Norris*, 48 Mass. App. Ct. 1105 (1999). Norris's application for further appellate review was denied on September 08, 2000. *Commonwealth v. Norris*, 432 Mass. 1108 (2000).

On August 26, 2002, Norris filed his second motion for new trial claiming newly discovered evidence. *See* Exhibit A at 10. The motion was denied by the Suffolk Superior Court without a hearing on January 9, 2003 by Spurlock, RAJ, and Norris once again appealed. *Id.* at 11. While that appeal was pending, Norris filed his third motion for new trial on February 21, 2003. *Id.* The third motion for new trial was also denied without a hearing by the Suffolk Superior Court on March 28, 2003 (Spurlock, RAJ). *Id.* at 12. Norris again appealed to the Appeals Court, which consolidated the two pending appeals. On April 29, 2004 the Appeals Court affirmed the denial of the second and third motions for new trial. *Commonwealth v. Norris*, 61 Mass. App. Ct. 1102 (2004). On June 30, 2004, the Supreme Judicial Court denied Norris' third application for further appellate review. *Commonwealth v. Norris*, 442 Mass. 1104

(2004).

On June 27, 2005, twelve years after his conviction and 7 years after the lapse of the statute of limitations period, Norris filed the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and the respondent hereby files this memorandum of law in support of the motion to dismiss.

## ARGUMENT

**A.    The Petition Must Be Dismissed as Time-Barred Under the Statute of Limitations for Federal Habeas Corpus Petitions.**

Norris's petition for a writ of habeas corpus must be dismissed under the statute of limitations enacted by Congress as part of the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), 28 U.S.C. § 2244(d), which became effective April 24, 1996. That provision, which is applicable to federal habeas corpus petitions filed by state prisoners, provides as follows:

> (1) A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of-
>
> (A) *the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;*
>
> (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
>
> (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
>
> (D) the date on which the factual predicate of the claim or claims

>   presented could have been discovered through the exercise of due diligence.
>
>   (2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

28 U.S.C. § 2244(d) (emphasis added).

In the instant case, the Supreme Judicial Court denied Norris's application for further appellate review on April 29, 1996. *Commonwealth v. Norris*, 422 Mass. 1107 (1996). Allowing ninety (90) days in which the petitioner could file a petition for a writ of certiorari with the United States Supreme Court, Norris's conviction became final on July 28, 1996. *See* 28 U.S.C § 2244(d)(1)(A). Norris had until July 28, 1997 to bring a habeas action in federal court. This federal habeas petition was not filed until June 27, 2005, twelve years after his conviction became final and seven years after the lapse of the limitation period. Therefore, this petition is time-barred and must be dismissed. *See* 28 U.S.C. § 2244(d); *see also Lattimore v. Dubois*, 311 F.3d 46, 53-54 (1st Cir. 2002)(holding that a petition filed even one day late for the statute of limitations deadline must be dismissed as untimely).

**B.    The Tolling Provision Set Forth in 28 U.S.C. § 2244(d)(2) Does Not Apply Where Norris Failed to Initiate State-Court Proceedings Before July 29, 1997.**

Furthermore, Norris is not entitled to rely on the tolling provision set forth in 28 U.S.C. § 2244(d)(2) where he failed to initiate state-court proceedings before July 29, 1997. That section tolls the statute of limitations "during [the time] which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending...." *Id*. Norris did not file his first motion for new trial until May 20, 1998. *See* Exhibit A at 9. That motion was succeeded by numerous other motions and appeals. *Id*. at 9-12. Since

all of those events occurred after the one (1) year statute of limitations elapsed on July 28, 1997, they have no impact on the timeliness of Norris's petition. *See, e.g., Demars v. General Dynamics Corp.*, 779 F.2d 95, 98 n.2 (1st Cir. 1985) (no tolling where event occurred outside limitations period). Consequently, the statute of limitations was not tolled and Norris's petition is untimely.

## CONCLUSION

For the reasons set forth above, the respondent respectfully requests that this Court dismiss this habeas petition on the grounds that it is time-barred.

Respectfully submitted,
THOMAS F. REILLY
ATTORNEY GENERAL

*Cathryn Neaves*

Cathryn Neaves
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2557
BBO # 556798

Dated: July 25, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the petitioner, Kevin Norris, on July 25, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Kevin Norris, *pro se*, North Central Correctional Institution, P.O. Box 466, 500 Colony Road, Gardner, Massachusetts 01440.

_____
Jonathan Ofilos

# Commonwealth of Massachusetts
## SUFFOLK SUPERIOR COURT
## Case Summary
## Criminal Docket

## Commonwealth v Norris, Kevin

Details for Docket: SUCR1991-25197

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | SUCR1991-25197 | **Caption:** | Commonwealth v Norris, Kevin |
| **Entry Date:** | 11/20/1991 | **Case Status:** | Criminal 1 Ctrm 704 |
| **Status Date:** | 11/02/2005 | **Session:** | Disposed: Entered in Appeals Court |
| **Lead Case:** | NA | **Deadline Status:** | Deadline act |
| **Trial Deadline:** | 03/23/1992 | **Jury Trial:** | YES |

## Parties Involved

2 Parties Involved in Docket: SUCR1991-25197

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Norris | **First Name:** | Kevin |
| **Address:** | P.O. BOX 466 | **Address:** | |
| **City:** | Gardner | **State:** | MA |
| **Zip Code:** | 01440 | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Commonwealth | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

11 Attorneys Involved for Docket: SUCR1991-25197

| Attorney Involved: | | Firm Name: | MA112 |
|---|---|---|---|
| Last Name: | Miller | First Name: | Rosalind |
| Address: | ****JUSTICE**** | Address: | 510 Washington Street |
| City: | Dorchester | State: | MA |
| Zip Code: | 02124 | Zip Ext: | |
| Telephone: | 617-288-9500 | Tel Ext: | |
| Fascimile: | 617-288-1212 | Representing: | |

| Attorney Involved: | | Firm Name: | SUFF03 |
|---|---|---|---|
| Last Name: | Lyons | First Name: | Tracy Lee |
| Address: | 1 Bulfinch Place | Address: | 3rd floor |
| City: | Boston | State: | MA |
| Zip Code: | 02114 | Zip Ext: | |
| Telephone: | 617-619-4000 | Tel Ext: | |
| Fascimile: | 617-619-4009 | Representing: | |

| Attorney Involved: | | Firm Name: | TAUB02 |
|---|---|---|---|
| Last Name: | Taub | First Name: | Bruce R |
| Address: | 59 Temple Place | Address: | Suite 402 |
| City: | Boston | State: | MA |
| Zip Code: | 02111 | Zip Ext: | |
| Telephone: | 617-451-5710 | Tel Ext: | |
| Fascimile: | 617-451-2253 | Representing: | Norris, Kevin (Defendant) |

| Attorney Involved: | | Firm Name: | BLOO06 |
|---|---|---|---|
| Last Name: | Bloomenthal | First Name: | Sandra F |
| Address: | 445 Old Kings Highway Route 6A | Address: | PO BOX 870 |
| City: | E Sandwich | State: | MA |
| Zip Code: | 02537 | Zip Ext: | |
| Telephone: | 508-833-9114 | Tel Ext: | |
| Fascimile: | 508-888-0487 | Representing: | Norris, Kevin (Defendant) |

| Attorney Involved: | | Firm Name: | SUFF03 |
|---|---|---|---|
| Last Name: | Sullivan | First Name: | Jane A |

| | | | |
|---|---|---|---|
| **Address:** | 1 Bulfinch Place | **Address:** | 3rd floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | |
| **Telephone:** | 617-619-4000 | **Tel Ext:** | |
| **Fascimile:** | 617-619-4009 | **Representing:** | |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | BING01 |
| **Last Name:** | Martin | **First Name:** | Ralph C |
| **Address:** | 150 Federal Street | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 1726 |
| **Telephone:** | 617-951-8000 | **Tel Ext:** | |
| **Fascimile:** | 617-951-8736 | **Representing:** | |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | SUFF03 |
| **Last Name:** | Lovell | **First Name:** | Amanda |
| **Address:** | 1 Bulfinch Place | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | |
| **Telephone:** | 617-619-4000 | **Tel Ext:** | |
| **Fascimile:** | | **Representing:** | |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | ADKI01 |
| **Last Name:** | Kelston | **First Name:** | David L |
| **Address:** | 90 Canal Street | **Address:** | 5th floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | |
| **Telephone:** | 617-367-1040 | **Tel Ext:** | |
| **Fascimile:** | 617-742-8280 | **Representing:** | Norris, Kevin (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MCGU02 |
| **Last Name:** | McGuinness | **First Name:** | Joseph M |
| **Address:** | PO Box 8035 | **Address:** | |
| **City:** | Salem | **State:** | MA |
| **Zip Code:** | 01971 | **Zip Ext:** | |

| | | | | |
|---|---|---|---|---|
| **Telephone:** | 978-741-8051 | **Tel Ext:** | | |
| **Fascimile:** | | **Representing:** | Norris, Kevin (Defendant) | |

| | | | | |
|---|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | | |
| **Last Name:** | Foley | **First Name:** | Thomas C | |
| **Address:** | PO Box 2187 | **Address:** | | |
| **City:** | South Hamilton | **State:** | MA | |
| **Zip Code:** | 01982 | **Zip Ext:** | | |
| **Telephone:** | 978-239-7003 | **Tel Ext:** | | |
| **Fascimile:** | | **Representing:** | Norris, Kevin (Defendant) | |

| | | | | |
|---|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | | |
| **Last Name:** | Fallon | **First Name:** | Richard J | |
| **Address:** | PO Box 575 | **Address:** | | |
| **City:** | West Acton | **State:** | MA | |
| **Zip Code:** | 01720 | **Zip Ext:** | | |
| **Telephone:** | 978-264-2930 | **Tel Ext:** | | |
| **Fascimile:** | 978-266-0354 | **Representing:** | Norris, Kevin (Defendant) | |

## Calendar Events

7 Calendar Events for Docket: SUCR1991-25197

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|
| 1 | 02/11/1992 | 09:30 | Hearing: Misc Matters | 1 | Event held as scheduled |
| 2 | 03/25/1992 | 09:30 | Hearing: Misc Matters | 1 | Event canceled not re-schedule( |
| 3 | 05/18/1992 | 09:30 | Hearing: Misc Matters | 1 | |
| 4 | 06/22/1992 | 09:30 | Hearing: Misc Matters | 1 | Event canceled not re-schedule( |
| 5 | 01/14/1993 | 09:30 | Hearing: Motion | 1 | Event canceled not re-schedule( |
| 6 | 10/03/2000 | 09:00 | Hearing: Post-Sentence | 2 | Event canceled not re-schedule( |
| 7 | 12/17/2002 | 09:00 | Hearing: Post-Sentence | 2 | Event canceled not re-schedule( |

## Full Docket Entries

349 Docket Entries for Docket: SUCR1991-25197

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|

| | | |
|---|---|---|
| 11/21/1991 | 1 | Indictment returned |
| 11/21/1991 | 2 | Motion by Commonwealth for arrest warrant to issue; filed & allowed |
| 11/21/1991 | 2 | (Constance Sweeney, Justice) |
| 11/21/1991 | | Warrant on indictment issued |
| 11/25/1991 | | Brought into Court on warrant. |
| 11/25/1991 | | Appointment of Counsel Taub |
| 11/25/1991 | | Deft arraigned before Court |
| 11/25/1991 | | Deft waives reading of indictment |
| 11/25/1991 | | RE offense #1: Plea of not guilty |
| 11/25/1991 | | RE offense #2: Plea of not guilty |
| 11/25/1991 | | RE offense #3: Plea of not guilty |
| 11/25/1991 | | RE offense #4: Plea of not guilty |
| 11/25/1991 | | RE offense #5: Plea of not guilty |
| 11/25/1991 | | RE offense #6: Plea of not guilty |
| 11/25/1991 | | RE offense #7: Plea of not guilty |
| 11/25/1991 | | RE offense #8: Plea of not guilty |
| 11/25/1991 | | RE offense #9: Plea of not guilty |
| 11/25/1991 | | Bail set: $500,000.00 with surety or or $50,000.00 cash without |
| 11/25/1991 | | prejudice. Mittimus issued. |
| 11/25/1991 | | Pre-trial conference report ordered for 12/2/91. Wilson, AC/M - R. |
| 11/25/1991 | | Miller, ADA - L. Lagasse, court reporter- B. Taub, attorney. |
| 12/02/1991 | | Defendant not in Court. |
| 12/02/1991 | 3 | Pre-trial conference report filed. Continued to January 8, 1992 to |
| 12/02/1991 | 3 | fil e motions by agreement. Continued to January 15, 1992 by |
| 12/02/1991 | 3 | agreement re: hearing on motions. Wilson, AC/M - R. Miller, ADA - D. |
| 12/02/1991 | 3 | Bell, court reporter - B. Taub attorney. |
| 01/06/1992 | 4 | Motion by Deft: for bill of particulars - |
| 01/06/1992 | 5 | Motion by Deft: for documentation of I.D. procedure - |
| 01/06/1992 | 6 | Motion by Deft: for statements of defendant - |
| 01/06/1992 | 7 | Motion by Deft: for disclosure of witnesses - |
| 01/06/1992 | 8 | Motion by Deft: for fees - |
| 01/06/1992 | 9 | Motion by Deft: to file additional pre-trial motions late. |
| 01/15/1992 | | Continued to January 28, 1992 by agreement. Wilson, AC/M |
| 01/28/1992 | | Lobby conference. Continued by agreement to 2/3/92 re: motions. |
| 01/28/1992 | | Grabau, J - R Miller, ADA - B. Taub, attorney. |
| 02/12/1992 | | Defendant not in Court. Hearing re: Motions. After hearing, Court |
| 02/12/1992 | | orders: |
| 02/12/1992 | | Motion P#4 waived in open Court. |
| 02/12/1992 | | Motion Paper #5 agreed to. |
| 02/12/1992 | | Motion Paper #6 agreed to. |
| 02/12/1992 | | Motion P #7 allowed as amended. |

| Date | No. | Entry |
|---|---|---|
| 02/12/1992 | | Motion (P#8) allowed. |
| 02/12/1992 | | Motion for In-Camera Examination of Records of Alleged Victim, denied without prejudice. |
| 02/12/1992 | | Motion for Information Regarding Interviews with the Complaint and for Preservation and Production of all Communications allowed as amended. |
| 02/12/1992 | | Motion for Exculpatory Evidence: Psychiataric History of Alleged Victim denied without prejudice. |
| 02/12/1992 | | Motion for Discovery allowed as endorsed. |
| 02/12/1992 | | Motion for Disclosure of Medical and Physical Evidence allowed as endorsed. |
| 02/12/1992 | | Continued to February 18, 1992 at request of Commonwealth re: motions and trial. Mulligan, J. - R. Miller, ADA - E.R.D. - B. Taub, Attorney |
| 02/18/1992 | | Defendant not in Court. |
| 02/18/1992 | 10 | Motion by Commonwealth for Order to Compel Defendant to Submit to Taking of Blood and Saliva filed and allowed. |
| 02/18/1992 | 11 | Deft files Motion for Reconsideration. |
| 02/18/1992 | 12 | Order of Court #1 filed, Mulligan, J. |
| 02/18/1992 | 13 | Order of Court #II filed, Mulligan, J. |
| 02/18/1992 | | Continued by agreement to February 26, 1992 re:status. Mulligan, J. - R. Miller, ADA - J. Gibbs, Court Reporter B. Taub, Attorney |
| 02/26/1992 | | Defendant not in Court. Continued to March 5, 1992 by agreement re: status. G. Wilson, AC/M- W. Shea, ADA - D. Cullinan, Court Reporter |
| 02/27/1992 | 14 | Deft files Motion for Order to Compel Potential Witnesses to Submit to Taking of Blood and Saliva with Affidavit. |
| 02/27/1992 | 15 | Deft files Motion for an Order that Certain Witnesses be Disposed. |
| 02/27/1992 | 16 | Deft files Motion for Discovery. |
| 02/27/1992 | 17 | Deft files Motion to Suppress Evidence Seized with Memorandum and Affidavit. |
| 02/27/1992 | 18 | Deft files Motion to Suppress Statements with Memorandum of Law Affidavit. |
| 03/05/1992 | | Defendant not in Court. Hearing re: Motions and Status. |
| 03/05/1992 | | Motion for an Order Compelling Potentially Exculaptory Witnesses to Submit to Taking of Blood and Saliva, after hearing, denied. |
| 03/05/1992 | | Motion for an Order that Certain Witnesses be disposed, after hearing denied. |
| 03/05/1992 | | Motion for Discovery after hearing allowed in part. Doerfer, J. - R. Miller, ADA - E.R.D. - B. Taub, Attorney |
| 04/16/1992 | | Not in Court. Continued to 04/29/92 by agreement. Wilson, AC/M - R. Miller, ADA - D. McLean, Court Reporter. |
| 04/29/1992 | | Not in Court. Continued to 05/05/92 for Motion by agreement. Wilson, |

| Date | No. | Entry |
|---|---|---|
| 04/29/1992 | | AC/M - R. Miller, ADA - D. McLean, Court Reporter. |
| 05/04/1992 | | Not in Court. |
| 05/04/1992 | 19 | Deft files Motion for fees for fingerprint expert filed and allowed |
| 05/04/1992 | 19 | as endorsed. Wilson, AC/M - R. Miller, ADA- D. McLean, Court Reporter |
| 05/04/1992 | 19 | - B. Taub, Attorney. |
| 05/20/1992 | | Not in Court. Continued to 5/26/92 for status by agreement. |
| 05/20/1992 | | Wilson,AC/M - R. Miller, ADA - D. McLean, Court Reporter. |
| 05/26/1992 | | Not in Court. Continued to 6/1/92 motions at request of defendant. |
| 05/26/1992 | | Wilson, AC/M - R. Miller, ADA - D. McLean, Court Reporter. |
| 06/15/1992 | 20 | Deft files Motion for further discovery: Rape kit records of alleged |
| 06/15/1992 | 20 | victim. |
| 07/13/1992 | | Motion (P#17) denied Irwin, J. |
| 07/13/1992 | | Motion (P#18) denied. Court to file findings at later date. |
| 07/13/1992 | | Commonwealth moves for trial of indictment #92-25197 offenses 001- |
| 07/13/1992 | | 009. Court, Irwin, J orders 14 jurors impanelled for trial. Court |
| 07/13/1992 | | conducts individual voir dire of prospective jurors. Jury impanelled. |
| 07/13/1992 | | Continued one day by order of Court. |
| 07/13/1992 | | Court recognizes witness Lester Joyner personally without surety in |
| 07/13/1992 | | the sum of $100.00 for his appearance on 7/15/92. Irwin, J. - R. |
| 07/13/1992 | | Miller, ADA - N. King, Court Reporter - B. Taub, Attorney. |
| 07/14/1992 | | Brought into Court. Jury sworn, Commowealth commences its case in |
| 07/14/1992 | | chief. Irwin, J. - R. Miller, ADA - N. King, Court Reporter - B. |
| 07/14/1992 | | Taub, Attorney. |
| 07/15/1992 | | Brought into Court. Voir Dire hearing wiith certain jurors. Trial |
| 07/15/1992 | | continues with Commonwealth's case in chief. Commonwealth rests, |
| 07/15/1992 | | defendant rests. Continued one day for arguments and charge. Irwin, |
| 07/15/1992 | | J. - R. Miller, ADA - N. King, Court Reporter - B. Taub, Attorney. |
| 07/16/1992 | | Brought into Court. |
| 07/16/1992 | 21 | Deft files motion for required finding of not guilty, filed. |
| 07/16/1992 | | Motion (P#21) denied Irwin, J. |
| 07/16/1992 | | Deft files request for instructions. |
| 07/16/1992 | | Court appoints juror #11-04 Megan Sykes as foreperson. Upon final |
| 07/16/1992 | | submission of this case to the jury and the 14 jurors being present |
| 07/16/1992 | | the Court orders the jury reduced to 12 deliberating jurors and the |
| 07/16/1992 | | names of juror #10-15 Thomas Capasso and juror #11-9 Margaret Kenney |
| 07/16/1992 | | were drawn and designated alternates. Deliberaton commences. Irwin, |
| 07/16/1992 | | J. - R. Miller, ADA - N. King, Court Reporter - B. Taub, Attorney. |
| 07/17/1992 | | Brought into Court. |
| 07/17/1992 | | RE offense #1: Guilty verdict |
| 07/17/1992 | 22 | Verdict affirmed, verdict slip filed. |
| 07/17/1992 | | RE offense #2: Guilty verdict |

| Date | No. | Entry |
|---|---|---|
| 07/17/1992 | 23 | Verdict affirmed, verdict slip filed. |
| 07/17/1992 | | RE offense #3: Guilty verdict |
| 07/17/1992 | 24 | Verdict affirmed, verdict slip filed. |
| 07/17/1992 | | RE offense #4: Guilty verdict |
| 07/17/1992 | 25 | Verdict affirmed, verdict slip filed. |
| 07/17/1992 | | RE offense #5: Not guilty verdict |
| 07/17/1992 | 26 | Verdict affirmed, verdict slip filed. |
| 07/17/1992 | | RE offense #6: Not guilty verdict |
| 07/17/1992 | 27 | Verdict affirmed, verdict slip filed. |
| 07/17/1992 | | RE offense #7: Guilty verdict |
| 07/17/1992 | 28 | Verdict affirmed, verdict slip filed.< |
| 07/17/1992 | | RE offense #8: Guilty verdict |
| 07/17/1992 | 29 | Verdict affirmed, verdict slip filed. |
| 07/17/1992 | | RE offense #9: Guilty verdict |
| 07/17/1992 | 30 | Verdict affirmed, verdict slip filed. |
| 07/17/1992 | 31 | Finding of facts, rulings of law and order on defendant's motions to |
| 07/17/1992 | 31 | suppress evidence and statements filed. |
| 07/17/1992 | | Commonwealth moves for sentencing. |
| 07/17/1992 | | Sentence imposed: as to offense #003 M.C.I. Cedar Junction not more than 40 years, not less than 25 years. Mittimus Issued. |
| 07/17/1992 | | Sentence imposed: as to offense #007 M.C.I. Cedar Junction not more than 40 years, not less than 25 years concurrent with sentence imposed on offense #003. Mittimus Issued. |
| 07/17/1992 | | Sentence imposed: as to offense #008 M.C.I. Cedar Junction not more than 40 years, not less than 25 years concurrent with sentence imposed on offense #003. Mittimus Issued. |
| 07/17/1992 | | Sentence imposed: as to offense #009 M.C.I. Cedar Junction not more than 40 years, not less than 25 years concurrent with sentence imposed on offense #003. Mittimus Issued. |
| 07/17/1992 | | Sentence imposed: as to offense #001 M.C.I. Cedar Junction not more than 40 years, not less than 25 years concurrent with sentence imposed on offense #003. Mittimus Issued. |
| 07/17/1992 | | Sentence imposed: as to offense #002 M.C.I. Cedar Junction not more than 5 years, not less than 3 years concurrent with sentence imposed on offense #003. Mittimus Issued. |
| 07/17/1992 | | Sentence imposed: as to offense #004 M.C.I. Cedar Junction not more than 10 years, not less than 5 years concurrent with sentence imposed on offense #003. Mittimus Issued. |
| 07/17/1992 | | Sentence credit given as per 279:33A: 235 days. |
| 07/17/1992 | | Notified of right of appeal under Rule 64 |
| 07/17/1992 | | Notified of right of appeal under Rule 65 |

| Date | No. | Entry |
|---|---|---|
| 07/17/1992 | | Victim-witness fee assessed: $50.00 |
| 07/17/1992 | | As to offense #005 Defendant discharged-verdict not guilty. |
| 07/17/1992 | | As to offense #006 Defendant discharged-verdict not guilty. Irwin, J. |
| 07/17/1992 | | - R. Miller, ADA - N. King, Attorney - B. Taub, Attorney. |
| 07/21/1992 | 32 | Notice of appeal filed. |
| 07/21/1992 | 33 | Defendant's notice of appeal under rule 64 filed. Irwin, J. Steadman, |
| 07/21/1992 | 33 | C.J. and J. Cremens, C.P.O. each notified. |
| 07/21/1992 | 34 | Motion by defense counsel to withdraw, filed. Irwin, J. notified with |
| 07/21/1992 | 34 | copy. |
| 09/02/1992 | | Copy of notice of appeal mailed to Irwin, J. and R. Miller, ADA. |
| 09/02/1992 | 35 | Court Reporter N. King is hereby notified to prepare one copy of the |
| 09/02/1992 | 35 | transcript of the evidence. Certificate of Clerk-filed. |
| 01/05/1993 | 36 | Motion of Appellate Counsel to withdraw, filed. (Irwin, J. notified) |
| 01/14/1993 | | Not in Court. |
| 01/14/1993 | | Withdrawal of appearance requested by B. Taub. |
| 01/14/1993 | | Committee for Public Counsel Services Appeals Division appointed. G. |
| 01/14/1993 | | Wilson,AC/M - R. Powers, ADA - E.R.D. |
| 04/28/1993 | | Transcript received from N.King, Court Reporter. |
| 05/14/1993 | | Notice sent to attorneys that transcripts are available. |
| 05/17/1993 | 37 | Certificate of delivery of transcript by Clerk-filed. |
| 06/09/1993 | | Second notice sent to Attorney Homans Re: Transcripts. |
| 07/01/1993 | | Notice of assembly of record; mailed to App Crt per Rule 9(d) |
| 07/01/1993 | | Two certified copies of docket entries, original and copy of |
| 07/01/1993 | | transcript, two copies of exhibit list, list of documents, copy of |
| 07/01/1993 | | Findings of Facts, Rulings of Law and Order on Defendant's Motions to |
| 07/01/1993 | | Suppress Evidence and Statements and Notice of Appeal, each |
| 07/01/1993 | | transmitted to Clerk of Appellate Court. (R.Miller, ADA K.McMahon,ADA |
| 07/01/1993 | | and W.Homans,Attorney for defendant each notified) |
| 07/15/1993 | 38 | Certificate of delivery of transcript by Clerk-filed. |
| 05/03/1996 | 39 | Rescript rec'd from Appeals Court "Judgement affirmed," filed. (W. |
| 05/03/1996 | 39 | Homans, Atty. & K. McMahon, ADA each ntfd) |
| 05/20/1998 | 40 | Deft files motion for a new trial, affidavit of Kevin Norris. |
| 05/20/1998 | 41 | Deft files motion for the appointment of counsel. (Donovan, RAJ |
| 05/20/1998 | 41 | notified with copy) |
| 05/29/1998 | | Motion (P#40) denied without a hearing. Donovan, R.A.J.; (defendant |
| 05/29/1998 | | notified as to paper #40) |
| 05/29/1998 | | Motion for appointment of counsel denied. Donovan, R.A.J. |
| 06/19/1998 | 42 | Deft files Pro Se notice of appeal. |
| 06/19/1998 | 43 | Deft files pro se motion for appointment of Appellate Counsel. |
| 06/24/1998 | | Copy of Pro Se notice of appeal mailed to Donovan,J and |
| 06/24/1998 | | J.Sullivan,ADA |

| Date | Paper # | Entry |
|---|---|---|
| 06/25/1998 | | Notice of assembly of record; mailed to App Crt per Rule 9(d) |
| 06/25/1998 | | Two certified of copies of docket entries, two copies of exhibit |
| 06/25/1998 | | list, list of documents, and copy of Pro se Motion for New Trial, |
| 06/25/1998 | | Motion for appointment of counsel and notice of appeal, each |
| 06/25/1998 | | transmitted to Clerk of Appellate Court. (J.Sullivan,ADA - and |
| 06/25/1998 | | K.Norris, Pro Se ) |
| 06/30/1998 | 44 | Deft files motion to withdraw notice of appeal pending motion for |
| 06/30/1998 | 44 | reconsideration. |
| 11/09/1998 | | Motion (P#44 ) denied received from Donovan, RAJ. See endorsement. |
| 11/09/1998 | | (defendant, pro se notified with copy) |
| 01/26/1999 | 45 | Deft files pro se: Motion for scientific testing of certain physical |
| 01/26/1999 | 45 | evidence with affidavits in support of said motion. (Donovan, RAJ |
| 01/26/1999 | 45 | notified w/copy) Irwin, J. was original justice |
| 02/23/1999 | | Paper No. 45 referred to Committee for Public Counsel per Donovan, |
| 02/23/1999 | | RAJ. (Defendant and Julie Boyden, CPCS notified with copy of |
| 02/23/1999 | | endorsement) |
| 05/21/1999 | 46 | Deft files: Pro-Se motion for free transcripts affidavit is support |
| 05/21/1999 | 46 | of. (Donovan, RAJ. notified w/copy). |
| 06/02/1999 | | After due consideration by the Court, paper #46 (motion for free |
| 06/02/1999 | | transcripts) denied. |
| 12/01/1999 | 47 | Rescript received from Appeals Court; "Orders Denying New Trial |
| 12/01/1999 | 47 | Motion and Motion for Reconsideration Affirmed", Filed. |
| 05/02/2000 | 48 | Deft files motion to test and inspect physical evidence for the |
| 05/02/2000 | 48 | purpose of DNA testing. (Spurlock, RAJ and R. Martin, DA notified |
| 05/02/2000 | 48 | w/copy) |
| 05/02/2000 | | Appearance of Deft's Atty: David L Kelston, filed. |
| 05/04/2000 | 49 | Deft files motion for expenses. (Irwin, J original Justice - |
| 05/04/2000 | 49 | Spurlock, RAJ notified w/copy) |
| 06/28/2000 | | Brought into Court |
| 06/28/2000 | | Motion (P#48) allowed. |
| 06/28/2000 | | Motion (P#49) allowed (Charles T. Spurlock, R. A. J.) - T. Lyons, ADA |
| 06/28/2000 | | - M. McDonald, Court Reporter - N. Rosmarin, Atty. |
| 08/03/2000 | | Appearance of Commonwealth's Atty: Tracy Lee Lyons, filed. |
| 08/03/2000 | 50 | Joint motion for additional expenses, filed. |
| 08/03/2000 | | Motion (P#50) allowed (Charles T. Spurlock, RAJ) (D. Kelston, |
| 08/03/2000 | | Attorney and T. Lyons, ADA notified) |
| 01/24/2001 | 51 | Withdrawal of appearance filed by David L Kelston. |
| 08/26/2002 | 52 | Deft files motion for post conviction relief (newly discovered |
| 08/26/2002 | 52 | evidence) with affidavit |
| 08/26/2002 | 53 | Deft files motin to inspect and examine tangible evidence with |
| 08/26/2002 | 53 | affidavit (Spurlock, RAJ and T. Lyons, ADA notified with copy) |

| Date | Paper | Entry |
|---|---|---|
| 09/06/2002 | | Court orders the Commonwealth to file a memorandum in opposition to |
| 09/06/2002 | | defendant's Motions Paper Nos. 52(motion for post conviction relief |
| 09/06/2002 | | (newly discovered evidence) with affidavit and Paper No. 53(motion to |
| 09/06/2002 | | inspect and examine tangible evidence with affidavit) by 11/12/02. |
| 09/06/2002 | | Spurlock, RAJ (T. Lyons, ADA and S. Bloomenthal, Atty notified 6/9/02) |
| 09/12/2002 | 54 | Commonwealth files notice of appearance and statement of opposition |
| 09/12/2002 | 54 | to defendant's motion for new trial. (Spurlock, RAJ and Bloomental, |
| 09/12/2002 | 54 | Atty. notified with copies and docket sheets) |
| 11/12/2002 | 55 | Commonwealth files motion to enlarge time for filing written |
| 11/12/2002 | 55 | memroandum of law in opposition to defendant's motion fo rnew trial |
| 11/12/2002 | 55 | and motion to examine evidence (Spurlock, RAJ and S. Bloomenthal, |
| 11/12/2002 | 55 | Attorney notified with copy and docket sheets) |
| 11/18/2002 | | Motion (P#55) allowed. Commonwealth has to 12/17/02 to file. |
| 11/18/2002 | | Spurlock, RAJ |
| 11/20/2002 | 56 | Deft files opposition to Commonwealth's motion to enlarge time. |
| 11/20/2002 | 56 | (Spurlock, RAJ & A. Lovell, ADA notified 12/3/02) |
| 12/18/2002 | 57 | Commonwealth files opposition to defendant's motion for |
| 12/18/2002 | 57 | post-conviction relief. (Spurlock, RAJ notified 1/7/03) |
| 01/09/2003 | | Motion (P#52) denied without a hearing. Evidence regarding the towel |
| 01/09/2003 | | was presented at trial, and indicatet the source could be anyone of |
| 01/09/2003 | | the three people. Spurlock, RAJ (Lovell, ADA and Bloomenthal, Atty. |
| 01/09/2003 | | with copies) |
| 01/17/2003 | 58 | Attorney Sandra Bloomenthal files motion to withdraw. (Spurlock, RAJ |
| 01/17/2003 | 58 | notified with copy and docket sheets 1/22/03) |
| 01/17/2003 | 59 | NOTICE of APPEAL FILED by Kevin Norris |
| 01/23/2003 | | Withdrawal of appearance filed by Sandra F Bloomenthal allowed. |
| 01/23/2003 | | Committee for Public Counsel Services, Appeals Division appointed. |
| 01/23/2003 | | Spurlock, RAJ |
| 01/28/2003 | | Copy of notice of appeal mailed to Spurlock,RAJ and A.Lovell,ADA |
| 02/07/2003 | 60 | Deft files motion for enlargement of time with affidavit. |
| 02/21/2003 | 61 | Deft files motion for inspection of documents and order compelling |
| 02/21/2003 | 61 | forensic testing of certain evidence with affidavit in support of |
| 02/21/2003 | 61 | motion for post conviction discovery. |
| 02/21/2003 | 62 | Deft files motion for reconsideration with affidavit. |
| 02/21/2003 | 63 | Deft files motion for hearing |
| 02/21/2003 | 64 | Deft files motion for leave to file amended motion for new trial . |
| 02/21/2003 | 65 | Deft files amended motion for new trial with affidavit and memorandum. |
| 02/21/2003 | 66 | Deft files motion to stay notice of appeal. |
| 02/27/2003 | | Notice of completion of assembly of record sent to clerk of Appeals |
| 02/27/2003 | | Court and attorney for the Commonwealth and defendant. |
| 02/27/2003 | | Two (2) certified copies of docket entries, two (2) copies of exhibit |

| Date | # | Entry |
|---|---|---|
| 02/27/2003 | | list and list of documents, and copy of the notice appeal, copy of |
| 02/27/2003 | | papers #52,54-57,59, Letters received from CPCS dated |
| 02/27/2003 | | 2-24-03,l0-31-02 & 4-8-02, each transmitted to clerk of appellate |
| 02/27/2003 | | court.(A.Lovell, ADA - J.Zanini, ADA and defendant notified) |
| 02/28/2003 | 67 | Deft files notice of entry from appeals court. |
| 03/21/2003 | 68 | General correspondence regarding filing of docket entry from the |
| 03/21/2003 | 68 | Appeals Court |
| 03/28/2003 | | Motion (P#61) denied without a hearing. Spurlock, RAJ (Deft. |
| 03/28/2003 | | notified with copy 3/31/03) |
| 03/28/2003 | | Motion (P#62) denied without a hearing. Spurlock, RAJ (Deft notified |
| 03/28/2003 | | 3/31/03) |
| 03/28/2003 | | Motion (P#63) denied without hearing. Spurlock, RAJ (Defendant |
| 03/28/2003 | | notified 3/31/03) |
| 03/28/2003 | | Motion (P#64) denied without a hearing. Spurlock, RAJ (Deft. |
| 03/28/2003 | | notified 3/31/03) |
| 03/28/2003 | | Motion (P#65) denied without a hearing. Spurlock, RAJ (Deft notified |
| 03/28/2003 | | 3/31/03) |
| 03/28/2003 | | Motion (P#66) denied without a hearing. Spurlock, RAJ (Deft. |
| 03/28/2003 | | notified 3/31/03) |
| 04/11/2003 | 69 | Deft files prose motion to stay sentence |
| 04/11/2003 | 70 | Deft files prose motion to clarify order |
| 04/15/2003 | | Defendant's pro-se motion to stay sentence (P#69) is denied. |
| 04/15/2003 | | Spurlock, RAJ.Copies mailed |
| 04/15/2003 | | Defendant's pro-se motion to clarify Court order Motion (P#70) |
| 04/15/2003 | | allowed. Spurlock, RAJ. Copies mailed April 15, 2003 |
| 04/15/2003 | | Committee for Public Counsel Services appointed. (NAC sent 4/16/03) |
| 04/29/2003 | 71 | NOTICE of APPEAL FILED by Kevin Norris, pro se |
| 05/05/2003 | | Copy of notice of appeal mailed to Spurlock,J and A,Lovell, ADA and |
| 05/05/2003 | | J.Zanini, ADA |
| 05/07/2003 | | Notice of completion of assembly of record sent to clerk of Appeals |
| 05/07/2003 | | Court and attorneys for the Commonwealth and defendant,pro se.. |
| 05/07/2003 | | Two (2) certified copies of docket entries, two (2) copies of |
| 05/07/2003 | | exhibit list and list of documents, copy of Paper #64 and #65 with |
| 05/07/2003 | | affidavit & memorandum and notice of appeal (#71), each transmitted |
| 05/07/2003 | | to clerk of appellate court. (A.Lovell, ADA - J.Zanini,ADA - |
| 05/07/2003 | | Defendant pro se) |
| 05/12/2003 | | Notice of docket received from the Appeals Court |
| 03/18/2004 | 72 | Deft files motion for permission to communicate with Cellmark Lab |
| 05/05/2004 | 73 | Order received from Appellate Division that the judgments imposing |
| 05/05/2004 | 73 | said sentences stand and that said appeal be and is hereby dismissed. |
| 05/05/2004 | 73 | (Grabau, Graham & Quinlan, JJ). |

| Date | Paper # | Entry |
|---|---|---|
| 09/02/2004 | 74 | Deft files Request for a hearing on Motion to Revise and Revoke |
| 09/02/2004 | 74 | sentence. |
| 09/02/2004 | 75 | Deft files Motin to Revise and Revoke sentence and Affidavit of Kevin |
| 09/02/2004 | 75 | Norris Affidavit of Nicole Norris, Affidavit of Carla Norris |
| 09/15/2004 | | Motion (P#74) denied without a hearing. Spurlock, RAJ |
| 09/15/2004 | | Motion (P#75) denied without a hearing. Spurlock, RAJ |
| 12/10/2004 | 76 | Deft files motion to withdraw as counsel. (Spurlock, RAJ notified |
| 12/10/2004 | 76 | 12/14/04) |
| 12/16/2004 | | Motion (P#76) allowed. Spurlock, RAJ |
| 10/06/2005 | 77 | Deft files pro se motion to correct sentence. (Spurlock J notified |
| 10/06/2005 | 77 | with copy and dockets) |
| 10/20/2005 | 78 | Notice of Docket Entry received from the Supreme Judicial Court: |
| 10/20/2005 | 78 | Judgement: denying relief under c.211, s.3 without hearing(Cowin, J.) |
| 10/20/2005 | 78 | filed. |
| 11/02/2005 | 79 | Notice of docket Entry of appeal received from the Supreme Judicial |
| 11/02/2005 | 79 | Court: Motion for reconsideration of paper #9 and Court order filed |
| 11/02/2005 | 79 | by Kevin Norris pro se. (10/31/05 motion for reconsideration of paper |
| 11/02/2005 | 79 | #9 and Court order is denied without hearing. By the Court (Cowin J) |
| 11/02/2005 | 79 | filed. |
| 12/22/2005 | | Notice from Committee for Public Counsel re: appointment of Attorney |
| 12/22/2005 | | Richard Fallon filed. |

## Charges

9 Charges for Docket: SUCR1991-25197

| No. | Charge Description: | Indictment: | Status: |
|---|---|---|---|
| 1 | Assault, dangerous weapon | SUDA91-25197 | Guilty verdict |
| 2 | Kidnap | SUDA91-25197 | Not guilty verdict |
| 3 | Assault & battery, dangerous weapon | SUDA91-25197 | Not guilty verdict |
| 4 | Robbery, armed | SUDA91-25197 | Guilty verdict |
| 5 | Robbery, armed | SUDA91-25197 | Guilty verdict |
| 6 | Robbery, armed | SUDA91-25197 | Guilty verdict |
| 7 | Rape, aggravated | SUDA91-25197 | Guilty verdict |
| 8 | Rape, aggravated | SUDA91-25197 | Guilty verdict |
| 9 | Rape, aggravated | SUDA91-25197 | Guilty verdict |

© Copyright, Massachusetts Administrative Office of the Trial Court, 2000 - 2001.