UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KEVIN NORRIS, | ) | |
|     Petitioner, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 05-11353-MLW |
|  | ) | |
| STEVEN O'BRIEN, | ) | |
|     Respondent. | ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned counsel on behalf of the respondent, Steven O'Brien.

                                                          Respectfully submitted,

                                                          THOMAS F. REILLY
                                                           ATTORNEY GENERAL

                                                           /s/ Jonathan Ofilos
                                                           Jonathan Ofilos
                                                           Assistant Attorney General
                                                           Criminal Bureau
                                                           One Ashburton Place
                                                          Boston, Massachusetts 02108
                                                          (617) 727-2200, ext. 2634
                                                          BBO # 658091

Dated: November 9, 2005

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the petitioner, Kevin Norris, on November 9, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Kevin Norris, *pro se*, North Central Correctional Institution, P.O. Box 466, 500 Colony Road, Gardner, Massachusetts 01440.

      /s/ Jonathan Ofilos
      Jonathan Ofilos