**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>**KEVIN NORRIS**</u>

        **Plaintiff**

        **V.**

        **CIVIL ACTION**

        **NO.  05-11353-MLW**

<u>**STEVEN O'BRIEN**</u>

        **Defendant**

<u>**JUDGMENT**</u>

<u>**WOLF, D. J.**</u>

In accordance with the Court's Memorandum and Order dated on <u>**JUNE 26, 2006**</u>, in the above-referenced action, granting the respondent's Motion to Dismiss, it is hereby ORDERED:

Judgment of dismissal with prejudice for the <u>defendants.</u>

        By the Court,

<u>**June 27, 2006**</u>            <u>/s/ Dennis O'Leary</u>
    Date            **Deputy Clerk**

(judge-dis.wpd - 12/98)            [jgm.]