UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
KEVIN NORRIS,              )
       Petitioner,         )
                           )
       v.                  )    Civil Action No. 05-11353-MLW
                           )
STEVEN O'BRIEN,            )
       Respondent,         )
```

FILED
IN CLERKS OFFICE

2006 JUN 27  P 1:35

U.S. DISTRICT COURT
DISTRICT OF MASS.

### PETITIONERS MOTION FOR DISCOVERY ORDER

Now Comes the Petitioner Kevin Norris, in the above-cited matter and respectfully moves this Honorable Court, Pursuant to Federal Rules of Civil Procedure Rule 6(a) for discovery.

As reasons thereof, the petitioner states that the **Discovery** requested herein is vital and necessary to substantiate his claim of illegal confinement. Said discovery is as follows:

1. An **Order** directing the suffolk County District Attorneys Office to allow access to certain physical evidence in it's possession from his criminal matter, Commonwealth V. Norris, SUCR-91-25197(1-9), e.g., samples from the Condom's and towel, for forensic DNA testing. Petitioner states that re-testing is warranted because he has obtained an affidavit from a Forensic expert, Donald Riley, Ph.D., attesting to need for re-testing due to the Boston Police crime Labs, and Cellmarks negligence in their testing protocols and the mishandling of the samples done in September of 2000. See (Donald Riley, Ph.D., affidavit attached hereto).

2. **Order** the Suffolk County District Attorneys Office, to direct the Boston Police Crime Lab to conduct another salvia non-secretor/secretor test.

3. **Allow** the petitioner to serve upon Suffolk County Assistant District Attorney, Amanda Lovell, Ten (10) interrogatory questions pertaining to the DNA re-testing issue, Superior Court Justice Charles Spurlocks, decision in regards to the DNA

testing issue and testimony at trial concerning the Forensic evidence.

4. **Allow** petitioner to serve upon his former trial Counsel Bruce R. Taub, Ten (10) interrogatory questions pertaining to his pre-trial investigation into Petitioners sentencing strategy.

Furthermore, the Petitioner that the herein evidence will substantiate his claims of "Actual Innocence", Justice Spurlocks, error in denying his motion for new trial and request for further testing due to facts not in evidence, and that his former trial counsel was ineffective at sentencing.

"Where specific allegations before the court show reason to believe that the petitioner may, if the facts are fully developed, be able to demonstrate that he is confined illegally and is therefore entitled to relief, it is the duty of the Court to provide the necessary facilities and procedures for an Adequate inquiry." Quoted in Rules Governing § 2254 Cases Rule 6(a). See also Teague V. Scott, 60 F.3d 1167, 1172 (5th cir. 1995)("Denial of an opportunity for discovery is an abuse of discretion when the discovery is necessary to fully develop the facts of a claim."). The petitioner further implores this court to look to the decision's reach in Toney V. Gammon, 79 F.3d 693 (8th Cir. 1996); Jones V. Wood, 114 F.3d 1002 (9th Cir.1997), both allowing Rule 6(a) discovery via DNA and other forensic testing to prove their Habeas Corpus claims.

Lastly, the petitioner should be granted discovery since the Appellate court failed to address his claims due to their decision to rely solely on the Commonwealth's memorandum of Law. The practice of adopting the Commonwealths Memorandum of law, was scrutinized in Restucci V. Spencer, 249 F.Supp.2d 33 (D.Mass.2003).

-3-

**WHEREFORE**, the petitioner prays that this Honorable Court:

1) Allow this motion and grant the following discovery:

A. Access to the Physical evidence in the possession of the Suffolk County District attorneys office;

B. Order the Suffolk county District Attorney office to file a motion with the Superior Court department, for Re-testing and funds for said testing;

C. Allow the petitioner to serve interrogatories on Amanda Lovell, ADA, and Attorney Bruce R. Taub;

D. Order the suffolk County District Attorneys office, to direct the Boston Police Crime Lab, to conduct another non-secretor/ secretor test;

Respectfully Submitted
By,

_Kevin Norris_

Kevin Norris, Pro se
NCCI- Gardner
P.O.BOX 466
Gardner,MA 01440

Dated: June 21, 2006

CERTIFICATE OF SERVICE

I Kevin Norris, do hereby certify that a true copy of the enclosed motion was served upon the respondents Counsel, Johnathan Ofilos, on June 21st 2006, by placing a copy in the prison mail box and forwarding via first class mail.

_Kevin Norris_

FILED
IN CLERKS OFFICE
2006 JUN 27 P 1: 35
U.S. DISTRICT COURT
DISTRICT OF MASS.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                             SUPERIOR COURT

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                                    SUPERIOR COURT
                                                                NO. 91-25197


COMMONWEALTH

VS.

KEVIN NORRIS


Affidavit

1. My name is Donald E. Riley, Ph.D. I am a biochemist with over 28 years, full-time research experience in DNA-related issues. I have consulted in over 200 forensic DNA cases. My curriculum vitae is attached.

2. I was asked by attorney, Ann Goldbach to review scientific materials in the instant case. It was also requested that I conduct the review without charge, which I agreed to.

3. In the past, I have conducted similar reviews for hire by the same attorney's office.

4. In the instant case, I reviewed the Cellmark laboratory report dated September 11, 2000 as well as laboratory notes, computer-generated data, tracings (also known as electropherograms) quantity data and a variety of letters related to the case.

5. The laboratory report cites match probabilities that are so rare as to potentially imply certainty in the strength of the match.

6. It is my understanding that the defendant maintains his innocence and is requesting a retest.

7. The scientific system does have important criteria that were not met in the instant case, to the best of my knowledge. One of these is a demonstration of reproducibility.

8. A retest is likely to either demonstrate reproducibility, confirming the original Cellmark results and conclusions, or, may produce conflicting results which

would cast doubt on the original results.

9. For example, the sample identified as sperm contained in a condom could have been misidentified or inadvertently switched with another sample. If the condom sample were confused with the known standard, or vice versa, an erroneous impression of a match could have occurred. Accidental switches leading to erroneous conclusions have been known to happen multiple times within the brief history of forensic DNA testing. For this reason, the extremely rare match probabilities are misleading as to the level of certainty of the reported conclusions.

10. To the best of my knowledge, the condom sample was shipped to Cellmark in the same envelope as the defendant's known sample. It is not entirely clear how these samples were separated within the envelope. The National Research Counsel's 1996 report on forensic DNA testing recommended that particular attention should be given to keeping evidence samples separated from reference samples (p 83).

11. If evidence and the reference sample were shipped in the same envelope, this represents an unnecessary risk of cross-contamination.

12. The amount of sperm DNA found in the condom mitigates against the likelihood that such DNA represents a contaminant. The copy of the sperm fraction photograph present in the case-file appears to document many sperm. Still, the presence of evidence and known standard in the same envelope, if that occurred, is disturbing.

13. On August 22, 2000 the condom sperm DNA fraction was again brought near the defendant's known DNA sample in the same time and space, according to my reading of the Amplification record. This represents another unnecessary risk of cross-contamination or sample confusion.

14. For these reasons, most scientists I am familiar with would recommend testing of the samples in an independent laboratory. The results could then be compared with the original results to either confirm or cast doubt on the original results.

Signed under the pains and penalties of perjury:

_____   *Donald E. Riley*, Ph.D.   9-8-05
Donald E. Riley, Ph.D.

# CURRICULUM VITAE
## of
## DONALD E. RILEY, Ph.D.

| **CURRENT ACADEMIC APPOINTMENTS** | **LOCATION** |
|---|---|
| Departments of Urology, School of Medicine Research Biochemist, Veterans Affairs Medical Center; Seattle, WA | University of Washington Research at: VA Puget Sound Health Care System 1660 S. Columbian Way Seattle, WA 98108 Tel. (206) 277-3608/ Fax. (425)743-5816 E. mail: dr51@comcast.net |

## EDUCATION[1]

| | **Undergraduate** |
|---|---|
| University of Washington Ph.D. in Biochemistry, 1976 | Washington State University B.S. in Chemistry, 1972 |

## POSTDOCTORAL TRAINING

Princeton University
Postdoctoral Fellowship in Biochemistry (DNA-Molecular Biology)    1976-78

## PROFESSIONAL POSITIONS

| | |
|---|---|
| Assistant Member, The Fred Hutchinson Cancer Research Center | 1978-82 |
| Research Associate, Department of Genetics, University of Washington | 1982-90 |
| Res. Assist. Prof., Departments of Urology/ Pathobiology Joint Ap | 1990-95 |
| Res. Assoc. Prof., Departments of Urology/ Pathobiology Joint Ap. | 1995-05 |
| Research Biochemist, Department of Veterans Affairs, Seattle, WA | 1999-05 |
| Molecular-Cellular Biology Program Faculty | 1998-03 |
| National Institutes of Health Advisory Committee Panel | 1996-02 |
| United States Department of Agriculture Advisory Panel | 1998-02 |
| DNA Consultant/ Expert Witness qualified in US Federal Courts and states: Arizona, California, Colorado, Illinois, Indiana, Maryland, Massachusetts, Minnesota, Missouri, New Hampshire, New York, Oregon, Utah, South Dakota, Vermont, Washington. Wisconsin and Vancouver, BC., | 1993-05 |

---

[1] Dr. Riley also attended Central Washington State University, the University of Washington, and Northwestern University before attending the University of Washington Ph.D. program.

CURRICULUM VITAE of DONALD E. RILEY (continued)

## HONORS

| | |
|---|---|
| Veterans Affairs Merit Review Award (DNA) | 2005-08 |
| Veterans Affairs Merit Review Award (DNA) | 2000-04 |
| Molecular Biologist for paper awarded, "Best UTI Paper in the World for Two Years" (International Society for Chemotherapy)(DNA) | 2000-01 |
| Sexually Transmitted Diseases CDC New Investigator Award (DNA) | 1992-94 |
| Second Place Presentation 43rd N.W. Urological Assoc. Symp.(DNA) | 1994 |
| Royalty Research Fund Award (DNA) | 1993 |
| Cumulative Grade Point Average, 4.0 | 1968-72 |
| Top Percentile Score, National Science MCAT | 1971 |
| High Scholarship Roll | 1969-72 |
| Phi Lamda Upsilon National Society Honorary | 1970-72 |
| Dow Chemical Co. Scholarship | 1971 |
| Chemical Rubber Co. Award for Achievement in Chemistry | 1969 |

## INVENTION

GC rich cartridge US patent no. 4,966,841. Approved, Oct. 30,1990. Licensed to U.S. government, 1991; Licensed to 5-1, a biotechnology enterprise, 1994.

## PUBLICATION SYNOPSIS

Dr. Riley published 65 scientific, peer-reviewed articles focusing on DNA, molecular and cell biology serving as first author on 39 articles. Dr. Riley authored a popular article, entitled, "DNA Testing: An Introduction for Non-Scientists", requested as course material for The Women's Bar Association of New York, Annual Meetings (2002, 2003) and The National Reference Center for Bioethics Literature Symposium, (2001).

## TEACHING ACTIVITIES

| | |
|---|---|
| Teaching Assistant for Edmond Fischer (Nobel Laureate) | 1974-75 |
| Instructor for Pathobiology Journal Club | 1994 |
| Graduate student mentor, Pathobiology | 1993-01 |
| Graduate Faculty, Molecular and Cellular Biology Program | 1992-01 |
| Vertical advisor, UW medical students | 1993-00 |
| Mentor for undergraduate 499 research | 1991 |
| Pathobiology Lectures in Medical Techniques Course | 1992-96 |
| Pathobiology Lecture to Urology Department residents | 1994 |
| DNA Lecture and Seminar, St. Louis, MO Public Defenders | 1996 |
| Lectures in Forensic Science Course, Dept of Zoology, UW | 1997-99 |
| Mentor for 499 Research Projects | 1991, 2000 |
| Mentor for National Aeronautical and Space Administration (NASA) Space Grant | 2000-01 |
| Thesis committee for Cheah PhaikYeong (Universiti Sains Malaysia) | 2002 |

CURRICULUM VITAE of DONALD E. RILEY (continued)

### RESEARCH INTERESTS

Dr. Riley's interests are in DNA technology used in organism biology and identification including genetic variations related to inherited and infectious disease. He is interested in native DNA structure, sequences, human genetic variation, short tandem repeat sequences, DNA degradative mechanisms and use of DNA technology to research prostate diseases such as prostatitis and prostate cancer. He sequenced 20 thousand base pairs of human DNA including STR, Alu and LINE repeats and 18 thousand base pairs of bacterial DNA used to assist identification. He designed polymerase chain reaction (PCR)-DNA tests for identification of single copy human genes, human STR loci. He developed DNA-based research-diagnosis of *Trichomonas vaginalis* infections in men and women. He also designed or adapted DNA tests for research-based diagnosis of *Tritrichomonas foetus, Giardia lamblia, Trypanosoma sp., Acanthamoeba sp., and Leishmania sp., Chlamydia trachomatis, Ureaplasma urealyticum, Mycoplasma genitalium,* Herpes simplex viruses types 1 and 2 and cytomegalovirus. Dr. Riley uses molecular techniques in collaborative research with professor-surgeons and other clinical scientists. He designed original, RNA-PCR for prostate cancer research, inverse PCR, and real-time PCR tests. Dr. Riley has researched the optimal binding temperatures of DNA probes and primers used in human identity testing, has developed several, original polymorphic STR tests and researches STR organization and usage patterns. Dr. Riley published several recent (2004 and 2005) articles in prestigious journals regarding function and genetic usage of STRs.

### OFF- CAMPUS PROFESSIONAL ACTIVITIES

**Consultant and Expert Witness** on the use of DNA, RFLP, PCR and STR evidence in criminal and paternity cases.

Dr. Riley has also performed consultations for forensic DNA cases in The U.S. Australia and Canada and DNA consultations for private farming interests in South Africa.

**Biotechnology Consultant**
Consultant for Immunodiagnostics Inc., Genelex Corp., Probe Diagnostics.

**Medcon Consultant**
Recognized consultant for WWAMI telemedicine program. Washington, Alaska, Montana, Idaho.

3

# BIBLIOGRAPHY

## of Donald E. Riley, Ph.D.

1. Riley, D. E., Keller, J. M. and Byers, B. (1975) The Isolation and Characterization of Nuclear Ghosts from Cultured HeLa Cells. **Biochemistry** 14: 3005-3015.

2. Riley, D. E., Keller, J. M. and Byers, B. (1975) The Isolation and Characterization of an Inner Nuclear Envelope Complex from Cultured HeLa Cells. **Fed. Proc.** 34: 583.

3. Riley, D. E. and Keller, J. M. (1976) The Polypeptide Composition and Ultrastructure of Nuclear Ghosts Isolated from Mammalian Cells. **Biochim. Biophys. Acta** 444: 899-911.

4. Keller, J. M. and Riley, D. E. (1976) Nuclear Ghosts: A Non-membranous Structural Component of Mammalian Cell Nuclei. **Science** 193: 399-401.

5. Keller, J. M. and Riley, D. E. (1976) Cell Cycle Alterations in the Morphology of Ghosts Isolated from HeLa Cell Nuclei. **J. Cell. Biol**. 70: 174a.

6. Riley, D. E. and Keller, J. M. (1976) The Ultrastructure of Ghosts Isolated from HeLa Cell Nuclei. **Fed. Proc.** 35: 1449.

7. Riley, D. E. and Keller, J. M. (1978) Cell Cycle-Dependent Changes in Non-membranous Nuclear Ghosts from Hela Cells. **J. Cell Sci.** 29: 129-132.

8. Riley, D. E. and Keller, J. M. (1978) The Ultrastructure of Non-membranous Nuclear Ghosts. **J. Cell Sci**. 32: 249-268.

9. Riley, D. E. and Weintraub, H. (1978) Nucleosomal DNA is Digested to 10- base Interval Repeats by Exonuclease III. **Cell** 13: 281-293.

10. Riley, D. E. and Weintraub, H. (1979) Conservative Segregation of Parental Histones During Replication. **Proc. Natl. Acad. Sci.** 76: 328-332.

11. Riley, D. E. (1980) DNase I Produces Single-Stranded Gaps in Chromatin DNA. **Biochemistry** 19: 2977-2992.

12. Riley, D. E., Strogatz, S. and Worcel, A. (1981) Structure of Chromatin and the Linking Number of DNA. **Proc. Natl. Acad. of Sci.** USA 78: 1461-1465.

13. Riley, D. E., Kurachi, K., Canfield, T.K. and Gartler, S.M. (1983) Chromatin Structure of Active and Inactive X-chromosomes **J. Cell. Biol.** 97: 380a.

14. Riley, D. E., Canfield, T. K. and Gartler, S. M. (1984) Chromatin Structure of Active and Inactive Human X-Chromosomes. **Nucl. Acids Res.** 12: 1829-1845.

15. Dyer, K.A., Riley, D. E., and Gartler, S. M. (1985) Analysis of Inactive X Chromosome Structure by in situ Nick Translation. **Chromosoma** 92: 209-213.

16. Chrysogelos, S., Riley, D. E., Stein, G. and Stein, J. (1985) A Human Histone H4 Gene Exhibits Cell Cycle-Dependent Changes in Chromatin Structure that Correlate with its Expression. **Proc. Natl. Acad. Sci. USA.** 82: 7535-7539.

17. Riley, D. E., Goldman, M. A. and Gartler, S. M. (1985) Chromatin Structure of Active and Inactive Human X-linked Phosphoglycerate Kinase Genes. **Som. Cell Mol. Genet.** 12: 73-80.

18. Goldman, M. A., Gartler, S. M. Keitges, E. A., Riley, D. E. (1986) The Utilization of the Human Phosphoglycerate Kinase Gene in the Investigation of X Chromosome Inactivation. In: Human Genes and Diseases; **Horizons in Biochemistry and Biophysics**, vol 8. (R. Blasi, Ed.) pp. 169-205.

19. Gartler, S. M., Riley, D. E., Lebo, R. V., Cheung, M. C., Eddy, R. L. and Shows, T. B. (1986) Mapping of Human Autosomal Phosphoglycerate Kinase Sequences to Chromosome 19. **Somatic Cell and Molec. Genet.** 12: 395-401.

20. Riley, D. E., Reeves, R. and Gartler, S. M. (1986) Xrep, a plasmid-stimulating X Chromosomal Sequence Bearing Similarities to the BK Virus Replication Origin and Viral Enhancers. **Nucl. Acids Res.** 14: 9407-9423.

21. Riley, D. E. and Weintraub, H. (1988) Chromatin Replicated in the Presence of Cycloheximide. In: **Biochemistry**. 3rd Ed.; (W.H. Freeman and Co. Eds.) p. 832.

22. Riley, D. E. (1989) Very Rapid DNA Sequence Analysis by Improved, Double-Stranded Miniprep Sequencing. **Gene** 75: 193-196.

23. Riley, D. E. (1989) Nucleotide Sequence of a Plasmid Yield-Boosting Sequence from Mammalian X Chromosomes. **Nucl. Acids Res.** 17: 2361.

24. Riley, D. E. (1989) Chromatin Structure of Enhancers and Promoters. **Life Sci. Adv.** 8: 117-123.

25. Riley, D. E. (1990) A "Family" of Homologous X Chromosomal Sequences with Some Members Showing Evidence of Enhancer Activity. **DNA and Cell Biol.** 9: 763-770.

26. Riley, D. E., M. A. Goldman, and S. M. Gartler. (1991) Nucleotide sequence of the 3' nuclease-sensitive region of the human phosphoglycerate kinase 1 (PGK1) gene. **Genomics** 11: 212-214.

27. Riley, D. E., Samadpour, M. and Krieger, J.N. (1991) Detection of variable DNA repeats in diverse eukaryotic microorganisms by a single set of polymerase chain reaction primers. **J. Clin. Micro.** 29: 2746-2751.

28. Riley, D. E. and Krieger, J.N. (1992) Rapid and practical DNA isolation from Trichomonas vaginalis and other nuclease rich protozoa. **Mol. Biochem. Parasit.** 51: 161-164.

29. Riley, D. E., Roberts, M.C., Takayama, T. and Krieger, J.N. (1992) Development of polymerase chain reaction-based diagnosis of Trichomonas vaginalis. **J. Clin. Micro.** 30: 465-472.

30. Riley, D. E. and Krieger, J.N. (1992) DNA and RNA amplification in urology: The Polymerase chain reaction. **Urology**, 41: 57S-63S.

31. Riley, D. E., Campbell, L.A., Puolakkainen, M., and Krieger, J.N. (1993) Trichomonas vaginalis and early evolving DNA and protein sequences of the CDC2/28 protein kinase family. **Mol. Micro.** 8: 517-519.

32. Roberts, M.C., Pang, Y. Riley, D.E., Hillier, S.L., Berger, R.C. and Krieger, J.N. (1993) Detection of Tet M and Tet O Tetracycline Resistance Genes by Polymerase Chain Reaction. **Mol. Cell. Prob.** 7: 387-393.

33. Riley, D.E. Krieger, J.N., Miner, D.C. and Rabinovitch, P.S. (1994) Trichomonas vaginalis : Dominant G2 Period and G2 Phase Arrest in a Representative of an Early Branching Eukaryotic Lineage. **J. Eukary. Micro.** 41, 408-414.

34. Riley, D.E. and Krieger, J.N. (1995) Molecular and Phylogenetic Analysis of PCR-Amplified CDK2 Homologs from Representatives of the Earliest Available Lineages of Eukaryotes. **J. Mol. Evol.** 41, 407-413.

35. Riley, D.E., Wagner, B., Polley, L. and Krieger, J.N. (1995) PCR Detection of Genomic Variability Among Tritrichomonas foetus Isolates from Southern Saskatchewan. **J. Clin. Micro.** 33, 1308-1313.

36. Riley, D.E., and Krieger, J.N. (1996) Kinetics of Killing or Growth of Trichomonas vaginalis in the presence of aminoglycosides, neomycin and geneticin (G418). **Intern. J. of Antimicrob.** Agents 7, 257-259.

37. Krieger, J.N., Riley, D.E., Roberts, M.C. and Berger, R.E. (1996) Prokaryotic DNA Sequences in Patients with Chronic Idiopathic Prostatitis. **J. Clin. Micro.** 34, 3120-3128.

38. Hitti, J. Riley, D.E., Krohn, M.A., Hillier, S.L., Agnew, K.J., Krieger, J.N. and Eshenbach, D.A. (1997) Broad-Spectrum Bacterial rDNA Polymerase Chain Reaction

Assay for Detecting Amniotic Fluid Infection Among Women in Premature Labor. **Clinical Infect. Dis.** 24, 1288-1232.

39. Zhongtai L., Riley, D.E., Berger, R.E., Krieger, J.N. and Roberts, M.C. (1997) Distribution and mobility of the tetracycline resistance determinant tetQ. **J. Antimicrobial Chemo.** 40, 551-559.

40. Riley, D.E. (1998) Compromised optimal hybridization temperatures may explain PM plus DQA1 Anomalies. **Biochem. Mol. Biol. Int.** 44, 59-68.

41. Riley, D.E., Berger, R.E., Miner, D.C. and Krieger, J.N. (1998) Diverse and related 16S rRNA-encoding DNA sequences in prostate tissue of men with chronic prostatitis. **J. Clin. Micro.** 36, 1646-52.

42. Riley, D.E., Cho, I.R., and Krieger, J.N. (1999) A hemizygous short tandem repeat polymorphism 3' to the human phosphoglycerate kinase gene. **Mol. Biol. Rep.** 26, 159-165.

43. Zuo, Y., Riley, D.E. and Krieger, J.N. (1999) Flagellar duplication and migration during the Trichomonas vaginalis cell cycle. **J. Parasitol.** 85(2), 203-207.

44. El-Bastawissi AY, Williams MA, Riley DE, Hitti J, and Krieger JN. (2000) Amniotic fluid Interleukin-6 and preterm delivery: a review. **Obstetrics and Gynecology** 95 (Part 2):1056-1064.

45. Krieger, J.N., Riley, D.E., Vesella, R.L., Miner, D.C., Ross, S.O. and Lange, P.H. Miner, D. (2000) Bacterial DNA sequences in prostate tissue from patients with prostate cancer and chronic prostatitis. **J. Urol.** 164, 1221-1228.

46. Riley, D.E., and Krieger, J.N. (2001) Short tandem repeat polymorphism linkage to the androgen receptor gene in prostate cancer. **Cancer** 92, 2603-2608.

47. Riley, D.E., and Krieger, J.N. (2002) X-chromosomal short tandem repeat polymorphisms near the phosphoglycerate kinase gene in men with chronic prostatitis. **Biochim. Biophys. Acta,** 1585, 99-107

48. Krieger, J.N. and Riley, D.E. (2002) Bacteria in the chronic prostatitis- chronic pelvic pain syndrome: Molecular approaches to critical research questions. **J. Urol.** 167, 2574-2583.

49. Krieger, J.N., Ross, S.O. and Riley, D.E. (2002) Chronic prostatitis: epidemiology and role of infection. In **Advances in the diagnosis and treatment of prostatitis**. March 26, 2002, Chantilly, VA.

50. Krieger, J.N., Ross, S.O. and Riley, D.E. (2002) Chronic prostatitis: epidemiology and role of infection. **Urology** 60 (6 Suppl); 8-12.

51. Krieger, J.N. and Riley, D.E. (2002) Prostatitis: what is the role of infection. **Int. J. Antimicrob. Agent.** 19, 475-479.

52. Krieger, J.N. Ross, S.O, Deutsch, L. and Riley, D.E. (2002) The NIH consensus concept of chronic prostatitis/chronic pelvic pain syndrome compared with traditional concepts of nonbacterial prostatitis and prostatodynia. **Current Urology Reports**, 3, 301-306.

53. Krieger, J.N., Ross, S.O., Penson, D.F. and Riley, D.E. (2002) symptoms and inflammation in chronic prostatitis/chronic pelvic pain syndrome. **Urology**. 60, 959-963.

54. Riley, D.E. and Krieger, J.N. (2002) Diverse eukaryotic transcripts suggest short tandem repeats have cellular functions. **Biochem. Biophys. Res. Com.** (2002) 298, 581-586.

55. Krieger,, J.N., Takahashi, S. and Riley, D.E. (2003) Chronic prostatitis: role of uncommon organisms. **European Urology Supplements**. 2, 19-23.

56. Riley, D.E. and Krieger, J.N. (2003) Transcribed short tandem repeats occur in couples with strongly preferred registers. **Biochem. Biophys. Res. Com.** 305, 257-265.

57. Krieger, J.N., Ross, S.O. and Riley, D.E. (2003) Chronic prostatitis: epidemiology and role of infection. **Urology**, 60A 8-13.

58. Krieger, J.N., Ros, S.O., Deutsch, L. and Riley, D.E. Seminal fluid analysis in chronic prostatitis/chronic pelvic pain syndrome. (2003) **Andrologia** 35, 1-5.

59. Krieger, J.N., Ross, S.O., Deutsch, L.A., Fritsche, T.R. and Riley, D.E. (2003) Counting leukocytes in expressed prostatic secretions from patients with chronic prostatitis/chronic pelvic pain syndrome. **Adult Urol.** 62, 30-34.

60. Krieger, J.N., Riley, D.E., Cheah, P.Y., Liong, M.L. and Yuen, K.H. (2003) Epidemiology of prostatitis: new evidence for a world-wide problem. **World J. Urol.** 2003 21, 70-74.

61. Takahashi, S. Riley, D.E. and Krieger, J.N. Application of real-time polymerase chain reaction technology to detect prostatic bacteria in patients with chronic prostatitis/chronic pelvic pain syndrome. (2003) **World J. Urol.** 21, 100-104.

62. Gardella, C., Riley, D. Hitti, J. Agnew, K, Krieger, J.N., and Eschenbach, D. Identification and sequencing of bacterial rDNAs in culture-negative amniotic fluid from women in premature labor. (2004) **Am. J. Perinat**. 21, 319-323.

63. Riley, D.E. and Krieger, J.N. (2004) Short tandem repeats are associated with diverse mRNAs encoding membrane-targeted proteins. **Bioessays**, 26, 434-444.


64. Krieger, J.N. and Riley, D.E. (2004) Chronic prostatitis: Charlottesville to Seattle. **J. Urol.** 172, 2557-2560.

65. Riley, D.E. and Krieger, J.N. (2004) Simple repeat replacements support similar functions of distinct repeats in inter-species mRNA homologs. **Gene** 328C, 17-24.

66. Riley, D.E. and Krieger, J.N. (2005) Short tandem repeat (STR) replacements in UTRs and introns suggest an important role for certain STRs in gene expression and disease. **Gene,** 344, 203-211.

67. Krieger, J.N., Ross, S.O., Limaye, A.P. and Riley, D.E. (2005) Inconsistent localization of gram-positive bacteria to prostate-specific specimens from patients with chronic prostatitis. **Urology,** In Press.

Abstracts


Vessella, R.L., Riley, D. E., Blouke, K.A., Arfman, E.W. and Lange, P.H. (1992) A sensitive method for detection of a prostate tumor cell marker using the polymerase chain reaction. J. Urol. 147: 914.

Vessella, R.L., Blouke, D.A., Stray, J.E., Riley, D. E., Spies, A.G., Arfman, E.W., Lange, P.H. (1992) The use of the polymerase chain reaction to detect metastatic prostate cancer cells in lymph nodes and bone marrow. Amer. Assoc. of Cancer Res.

Berger, R.E., Roberts, M., Riley, D. Hillier, S., Rothman, I. and Krieger, J.N. (1994) Bacterial DNA in Prostate Biopsy Specimens of Men with and without Prostatic Pain Syndromes: Is Non-Bacterial Prostatitis Non- Bacterial? American Urological Association, Western Section.

Berger, R.E., Hillier, S., Riley, D., Roberts, M., Rothmean, I., Krieger, J.N. (1994) Prostatic Biopsy Cultures in Men with and without the Symptoms of Prostatitis. American Urological Association, Western Section.

Riley, D.E., Berger, R.E., Kenny, G.E. and Krieger, J.N. (1994) Use of the Polymerase Chain Reaction to Detect Mycoplasma genitalium in Cases of Idiopathic Prostatitis Abstract for the Northwest Urological Society, 43rd Symposium.

Riley, D.E., Cho, I.R. and Krieger, J.N. (1999) PCR Detection of polymorphisms in a short tandem repeat 3' to the human phosphoglycerate kinase gene of idiopathic prostatitis patients. American Urological Association, 1999 Annual Meeting, Dallas, Texas.

Riley, D.E., Miner, D.C. Ross, S. Krieger, J.N. (2002) Bacterial viability in prostate tissue from chronic postatitis chronic pelvic pain patients. American Urological Association Annual Meeting. Program Abstract/Talk #113.

Takahashi, S., Riley, D.E. and Krieger, J.N. Application of real-time PCR technology to detect prostatic bacteria in patients with chronic prostatitis/chronic pelvic pain syndrome. American Urological Association Annual Meeting. Program Abstract/Talk #113.

Riley, D.E. and Krieger, J.N. Possible function of short tandem repeats for genetic testing in chronic prostatitis/chronic pelvic pain syndrome patients. American Urological Association Annual Meeting. Program Abstract/Talk.