UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
KEVIN NORRIS,    )
   petitioner   )
                )                CIVIL ACTION
V.              )                No. 05-11353-MLW
                )
COMMONWEALTH,   )
   respondents  )
```

FILED
CLERKS OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS.

NOTICE OF APPEAL

Notice is hereby given that Kevin Norris, petitioner in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgement and incorporated memorandum and order entered in this action on the 26th day of June 2006.

Dated: July 22, 2006

_____
Kevin Norris (Pro se)
P.O. BOX 466
NCCI
Gardner, MA 01440