## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11353

Kevin Norris

v.

Steven O'Brien

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-4, 6-14

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/31/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 8, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9/11/06.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-11353-MLW

Norris v. O'Brien
Assigned to: Chief Judge Mark L. Wolf
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 06/27/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

Kevin Norris                    represented by  **Kevin Norris**
                                                NCCI
                                                P.O. Box 446
                                                Gardner, MA 01440
                                                PRO SE

V.

**Respondent**

**Steven O'Brien**              represented by  **Cathryn A. Neaves**
*Superintendent, North Central*                 Attorney General's Office
*Correction Institution*                        One Ashburton Place
                                                Room 2019
                                                Boston, MA 02108-1698
                                                617-727-2200 X 2557
                                                Fax: 617-727-5755
                                                Email:
                                                cathryn.neaves@ago.state.ma.us
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Jonathan M. Ofilos**
                                                Office of the Attorney General
                                                One Ashburton Place
                                                Boston, MA 02108
                                                617-727-2200
                                                Fax: 617-727-5755
                                                Email:

Jonathan.Ofilos@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2005 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5, receipt number 65255, filed by Kevin Norris. (Attachments: # 1 Civil Cover Sheet)(Boyce, Kathy) (Entered: 06/29/2005) |
| 06/27/2005 | 2 | Application for Leave to Proceed in forma pauperis by Kevin Norris, FILED.(Boyce, Kathy) (Entered: 06/29/2005) |
| 06/27/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Boyce, Kathy) (Entered: 06/29/2005) |
| 06/30/2005 | 3 | Judge Mark L. Wolf : ORDER entered. SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(O'Leary, Dennis) (Entered: 07/01/2005) |
| 06/30/2005 |  | Judge Mark L. Wolf : Electronic ORDER entered finding as moot 2 Motion for Leave to Proceed in forma pauperis (O'Leary, Dennis) (Entered: 07/01/2005) |
| 07/26/2005 | 4 | MOTION to Dismiss Petition for Writ of Habeas Corpus as Time-Barred by Steven O'Brien, FILED, c/s.(Boyce, Kathy) (Entered: 08/01/2005) |
| 07/26/2005 | 5 | MEMORANDUM OF LAW in Support of 4 MOTION to Dismiss filed by Steven O'Brien, c/s. (Boyce, Kathy) Additional attachment(s) added on 5/8/2006 (Boyce, Kathy). (Entered: 08/01/2005) |
| 08/09/2005 | 6 | Opposition to 4 MOTION to Dismiss filed by Kevin Norris, c/s. (Boyce, Kathy) (Entered: 08/11/2005) |
| 11/09/2005 | 7 | NOTICE of Appearance by Jonathan M. Ofilos on behalf of Steven O'Brien (Ofilos, Jonathan) (Entered: 11/09/2005) |
| 05/24/2006 | 8 | Opposition to 4 MOTION to Dismiss filed by Kevin Norris, c/s. (Attachments: # 1 Exhibit 1-3)(Boyce, Kathy) (Entered: 06/02/2006) |

| 06/26/2006 | 9 | Judge Mark L. Wolf : MEMORANDUM and ORDER entered granting 4 Motion to Dismiss (O'Leary, Dennis) (Entered: 06/27/2006) |
|---|---|---|
| 06/27/2006 | 10 | Judge Mark L. Wolf : ORDER entered. JUDGMENT in favor of Steven O'Brien against Kevin Norris(O'Leary, Dennis) (Entered: 06/27/2006) |
| 06/27/2006 | 11 | MOTION for Discovery by Kevin Norris. (Attachments: # 1), FILED, c/s.(Boyce, Kathy) (Entered: 06/30/2006) |
| 07/31/2006 | 12 | MOTION for Certificate of Appealability by Kevin Norris, FILED, c/s.(Boyce, Kathy) (Entered: 08/03/2006) |
| 07/31/2006 | 13 | AFFIDAVIT of Kevin Norris re 12 MOTION for Certificate of Appealability by Kevin Norris, FILED. (Attachments: # 1 Attachments to Affidavit of Petitioner)(Boyce, Kathy) (Entered: 08/03/2006) |
| 07/31/2006 | 14 | NOTICE OF APPEAL as to 10 Judgment, 9 Order on Motion to Dismiss by Kevin Norris. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 8/21/2006. (Boyce, Kathy) (Entered: 08/03/2006) |