# UNITED STATES COURT OF APPEALS

## FOR THE FIRST CIRCUIT

No. 06-2312

KEVIN NORRIS

Petitioner - Appellant

v.

STEVEN O'BRIEN, Superintendent, North Central Correction Institution

Respondent - Appellee

ORDER OF COURT

Entered: 9/25/06
Pursuant to 1st Cir. R. 27(d)

This court has docketed petitioner-appellant's appeal from the denial of his petition for writ of habeas corpus under 28 U.S.C. Sec. 2254. The case cannot go forward unless a certificate of appealability issues. 28 U.S.C. Sec. 2253. A request for a certificate of appealability must first be sought in the district court. See Local Rule 22.1(b). Petitioner-appellant's request for a certificate of appealability, filed on , is pending in the district court.

Accordingly, we direct petitioner-appellant to file a status report in this court by **10/25/06**, and every thirty days thereafter, advising us of the status of that motion. We further order petitioner-appellant to inform us immediately once the district court reaches a decision on the motion for a certificate.

By the Court:

Richard Cushing Donovan, Clerk

By JULIE GREGG
Operations Manager

To:   Kevin Norris

cc:   Cathryn A. Neaves
      Jonathan M. Ofilos