# United States Court of Appeals
## For the First Circuit

No. 06-2312

DC No. 05-11353

KEVIN NORRIS

Petitioner - Appellant

v.

STEVEN O'BRIEN, Superintendent, North Central Correction Institution

Respondent - Appellee

**ORDER OF COURT**
**Entered: November 28, 2006**
**Pursuant to 1st Cir. R. 27(d)**

Appellant's motion for leave to proceed in forma pauperis and supporting financial affidavit with attached prison trust account statement are transmitted to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted in forma pauperis status by the district court, he may file a motion to proceed in forma pauperis in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

By the Court:
Richard Cushing Donovan, Clerk

**MARGARET CARTER**

By: _____
Chief Deputy Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By: Christy Phillips   Date: 11/28/06

[certified copies: Sarah Thornton, Clerk of the US District Court of Massachusetts and the Honorable Mark L. Wolf]
[cc: Kevin Norris, Cathryn A. Neaves, AAG, Jonathan M. Ofilos, AAG]

Kevin Norris W-52945
Nemansket Corr. Center
30 Administration Rd.
Bridgewater, MA 02324

United States Court of Appeals
Office of the Clerk
1 Courthouse Way-suite 2500
Boston, MA 02210

RE: Kevin Norris V. Steven O'Brien
    Docket No. 06-2312

November 12, 2006

Dear Sir/Madam:

   Please find enclosed herein the petitioners motion for leave to appeal in forma pauperis. Kindly, file and bring to the courts attention.

   Thank you for your kind attention to this matter.

Sincerely,
Kevin Norris

CC: Kathryn A. Neaves

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

CIVIL DOCKET
No.06-2312

2006 NOV 24  P 1:05

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

KEVIN NORRIS
Petitioner-Appellant

v.

STEVEN O'OBRIEN, Superintendent
Respondent-Appellee

MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

   Now Comes the Petitioner-Appellant, in the above-cited matter, and respectfully moves this Honorable Court, pursuant to Fed.R.App.P. 24, for leave to appeal in forma pauperis.

   As reasons therefore, the petitioner-appellant, states that his currently incarcerated under the care in custody of the Massachusetts Department of corrections, and is indigent. The only means of "financial support" devives from two family members who send him money to purchase certain items, i.e., stamps, cosmetic items, clothing, etc... In support of this claim, the petitioner-appellant has attached hereto an affidavit.

   Furthermore, the petitioner-appellant implores this Honorable Court, to stay a decision-finding on this motion to after the District Court has ruled on his Certificate of appealablity.

   Wherefore, the petitioner-appellant prays that this Honorable Court:

1. Allow this motion, and allow him to proceed in forma pauperis.

-2-

                                                              Respectfully Submitted

                                                              */s/ Kevin Norris*  
                                                              Kevin Norris (Pro se)  
                                                              30 Administration Road  
                                                              Bridgewater, MA 02324

Dated: November 12, 2006

## Affidavit to Accompany
## Motion for Leave to Appeal in Forma Pauperis

District Court No. **05-11353**
Appeal No. **06-2312**

*[Stamp: FILED IN CLERKS OFFICE US COURT OF APPEALS FOR THE FIRST CIRCUIT 2006 NOV 24 P 1:05]*

v.

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: *Kevin Marini* | Date: 11/12/06 |

**My issues on appeal are:**

*1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ N/A | $ DEPENDS ON CHARITY OF FAMILY | $ N/A |
| | | | $10.00 From (DOC) prison job. | |
| Self-employment | $ 0 | $ — | $ | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ | $ |
| Interest and dividends | $ 0 | $ | $ | $ |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 0 | $ 0 N/A | $ | $ 0 N/A |
| Alimony | $ N/A | $ | $ | $ |
| Child support | $ 0 | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ | $ |
| Unemployment payments | $ 0 | $ | $ | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ | $ |
| Other (specify): | $ | $ | $ | $ |
| Total Monthly income: | $ | $ | $ | $ |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

✗ 3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

N/A

2

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $_____ | $_____ |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $_____ | $_____ |
| Other (specify):_____ | $_____ | $_____ |
| **Total monthly expenses:** | $_____ | $_____ |

9. *Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
☐ Yes  ☒ No         If yes, describe on an attached sheet.


10. *Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?*  ☐ Yes  ☐ No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:
_____
_____
_____


11. *Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☐ Yes  ☒ No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:
_____
_____
_____


12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

I Am Currently incarcerated, I Rely on Donations From Family And Friends To purchase Stamps, Clotus, Food, Cosmetics, etc...

5

*13. State the address of your legal residence.*

NEMANSKET CORR. CENTER

30 ADMINISTRATION ROAD, BRIDGEWATER, MA 02324.

Your daytime phone number: (___) _____

Your age: **33**   Your years of schooling: **12**

Your social security number: **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**

6

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20061116 15:58

| | | | | Page | 4 |

| Commit#: | W52945 | | MASS. TREATMENT CENTER | |
| Name: | NORRIS, KEVIN, , | Statement From | 20060516 |
| Inst: | MASS. TREATMENT CENTER | To | 20061116 |
| Block: | SOUTH2 | | |
| Cell/Bed: | 205 /E | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20061026 22:30 | CN - Canteen | 7577676 | | MTC | ~Canteen Date 20061026 | $0.00 | $27.53 | $0.00 | $0.00 |
| 20061101 14:47 | IC - Transfer from Inmate to Club A/c | 7596816 | | MTC | ~CERT 70010320000441879882~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.60 | $0.00 | $0.00 |
| 20061102 22:30 | CN - Canteen | 7611757 | | MTC | ~Canteen Date : 20061102 | $0.00 | $16.62 | $0.00 | $0.00 |
| 20061103 13:30 | ML - Mail | 7616378 | | STH | ~CARLA NORRIS | $30.00 | $0.00 | $0.00 | $0.00 |
| 20061103 13:30 | TI - Transfer from Institution | 7616383 | | MTC | ~Associate Receipt Number is 7616378 | $29.00 | $0.00 | $0.00 | $0.00 |
| 20061103 13:30 | MA - Maintenance and Administration | 7616380 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20061103 13:30 | TI - Transfer from Institution | 7616382 | | STH | ~Associate Receipt Number is 7616378 | $0.00 | $29.00 | $0.00 | $0.00 |
| 20061103 14:01 | CI - Transfer from Club to Inmate A/c | 7616749 | | MTC | ~REFUND 10/5/06~W52945 NORRIS,KEVIN PERSONAL~KCN WASH ACCOUNT - Z5 | $3.93 | $0.00 | $0.00 | $0.00 |
| 20061103 14:01 | TI - Transfer from Institution | 7616751 | | MTC | ~Associate Receipt Number is 7616749 | $3.93 | $0.00 | $0.00 | $0.00 |
| 20061103 14:01 | TI - Transfer from Institution | 7616750 | | STH | ~Associate Receipt Number is 7616749 | $0.00 | $3.93 | $0.00 | $0.00 |
| 20061108 13:26 | CI - Transfer from Club to Inmate A/c | 7637078 | | MTC | ~REFUND 10/19/06~W52945 NORRIS,KEVIN PERSONAL~KCN WASH ACCOUNT - Z5 | $14.47 | $0.00 | $0.00 | $0.00 |
| 20061108 13:26 | TI - Transfer from Institution | 7637079 | | STH | ~Associate Receipt Number is 7637078 | $0.00 | $14.47 | $0.00 | $0.00 |
| 20061108 13:26 | TI - Transfer from Institution | 7637080 | | MTC | ~Associate Receipt Number is 7637078 | $14.47 | $0.00 | $0.00 | $0.00 |
| 20061109 17:05 | IS - Interest | 7654492 | | MTC | | $0.47 | $0.00 | $0.00 | $0.00 |
| 20061109 17:05 | IS - Interest | 7654493 | | MTC | | $0.00 | $0.00 | $1.60 | $0.00 |
| 20061109 22:30 | CN - Canteen | 7667960 | | MTC | ~Canteen Date : 20061109 | $0.00 | $35.28 | $0.00 | $0.00 |
| 20061115 21:12 | PY - Payroll | 7693503 | | MTC | ~20061029 To 20061104~Corrected Payroll 20061022 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20061115 21:12 | PY - Payroll | 7693504 | | MTC | ~20061029 To 20061104~Corrected Payroll 20061022 | $0.00 | $0.00 | $2.50 | $0.00 |
| | | | | | | $1,754.70 | $1,739.61 | $761.72 | $651.57 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $15.35 | $252.45 |

**Current Balances:**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $15.35 | $252.45 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | personal | savings | total |
|---|---|---|---|---|
| Inmate Name............ | Kevin Norris | | | |
| Commitment number.... | W52945 | | | |
| Period encompassed.... | 5/16/2006   11/16/2006 | | | |
| Beginning Balance: | 05/16/06 | $ 0.26 | $ 142.30 | $ 142.56 |
| Balance as of | 06/16/06 | $ 388.55 | $ 441.66 | $ 830.21 |
| Balance as of | 07/16/06 | $ 235.41 | $ 443.68 | $ 679.09 |
| Balance as of | 08/16/06 | $ 66.42 | $ 446.52 | $ 512.94 |
| Balance as of | 09/16/06 | $ 0.05 | $ 449.46 | $ 449.51 |
| Balance as of | 10/16/06 | $ 65.83 | $ 248.35 | $ 314.18 |
| Ending Balance: | 11/16/06 | $ 15.35 | $ 252.45 | $ 267.80 |

Six month average balance:       $   456.61

20% of six month average balance:   $   91.32

total expenditures for period:   $ 1,503.58

total income for period:   $ 1,518.20

To the best of my knowledge the above summary information is true and accurate:

Signed: _____   11/16/2006
          Jeanne Petrillo

*note to clear numbers Ctrl-Z*