UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEVIN NORRIS,           )
        Petitioner,     )
                        )
v.                      )     C.A. No. 05-11353-MLW
                        )
STEVEN O'BRIEN,         )
        Respondent.     )

FILED
IN CLERKS OFFICE

2007 FEB -5  P 2: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

### PETITIONERS MOTION TO WITHDRAW AND DISMISS AN ARGUMENT IN HIS PETITION

Now comes the Petitioner in the above-cited matter and he respectfully moves this Honorable Court to withdraw and dismiss arguments E and F, from his Petition.

Respectfully Submitted

*Kevin Norris*
Kevin Norris, pro se
30 Administration Road
Bridgewater, MA 02324

Dated: February 4, 2007