UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN NORRIS,<br>  Petitioner,<br><br>  v.<br><br>STEVEN O'BRIEN,<br>  Respondent. | )<br>)<br>)<br>)<br>)  Civil Action No. 05-11353-MLW<br>)<br>)<br>)<br>) |

**MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONDENT'S OPPOSITION TO PETITIONER'S MOTIONS FOR RECONSIDERATION AND FOR AN EVIDENTIARY HEARING**

  The respondent, through counsel, hereby respectfully moves this Court to extend the time to file his opposition to the petitioner's motion for reconsideration and motion for an evidentiary hearing until and including April 9, 2007. In support of this motion, the respondent states that undersigned counsel was out of the office due to illness for much of the week of March 19th through March 23rd. Further, counsel for the respondent is currently preparing for an argument in the Massachusetts Supreme Judicial Court in the matter of *Commonwealth v. Saletino*. Therefore, the undersigned requires the additional time to review and respond to the petitioner's motions.

  Wherefore, respondent, Steven O'Brien respectfully requests that the Court enlarge the time for filing an opposition to the petitioner's motion for reconsideration and motion for an evidentiary hearing until and including April 9, 2007.

Respectfully submitted,

MARTHA COAKLEY
ATTORNEY GENERAL

 /s/ Jonathan Ofilos
Jonathan Ofilos
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2634
BBO #  658091

Dated: March 26, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 26, 2007.

 /s/ Jonathan Ofilos
Jonathan Ofilos
Assistant Attorney General