UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN NORRIS,           )<br>    Petitioner,      )<br>                         )<br>v.                       )<br>                         )<br>STEVEN O'BRIEN,          )<br>    Respondent.     )<br>                         ) | Civil Action No. 05-11353-MLW |

**MOTION TO FILE RESPONDENT'S OPPOSITION TO PETITIONER'S MOTIONS FOR RECONSIDERATION AND FOR AN EVIDENTIARY HEARING ONE DAY LATE**

The respondent, through counsel, hereby respectfully requests that the court permit him to file his opposition to petitioner's motion for reconsideration and motion for evidentiary hearing one day late. The opposition was filed with this Court electronically on April 10, 2007. In support of the motion, the respondent states that due to the undersigned counsels recent case load, including an argument in the Massachusetts Supreme Judicial Court in the matter of *Commonwealth v. Saletino*, he required the additional time period to review and respond to the petitioner's motions.

WHEREFORE, the respondent respectfully requests that the court permit him to file his opposition to petitioner's motion for reconsideration and motion for evidentiary hearing one day late.

        Respectfully submitted,

        MARTHA COAKLEY
        ATTORNEY GENERAL

        /s/ Jonathan Ofilos
        Jonathan Ofilos
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200, ext. 2634
        BBO # 658091

Dated: April 10, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 10, 2007.

        /s/ Jonathan Ofilos
        Jonathan Ofilos
        Assistant Attorney General