# Commonwealth of Massachusetts
## SUFFOLK SUPERIOR COURT
## Case Summary
## Criminal Docket

## Commonwealth v Norris, Kevin

Details for Docket: SUCR1991-25197

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | SUCR1991-25197 | **Caption:** | Commonwealth v Norris, Kevin |
| **Entry Date:** | 11/20/1991 | **Case Status:** | Criminal 1 Ctrm 704 |
| **Status Date:** | 01/10/2007 | **Session:** | Disposed: Entered in Appeals Court |
| **Lead Case:** | NA | **Deadline Status:** | Active since |
| **Trial Deadline:** | 03/23/1992 | **Jury Trial:** | YES |

## Parties Involved

2 Parties Involved in Docket: SUCR1991-25197

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Norris | **First Name:** | Kevin |
| **Address:** | Nemansket Corr. Center | **Address:** | 30 Administration Road |
| **City:** | Bridgewater | **State:** | MA |
| **Zip Code:** | 02324 | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Commonwealth | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

13 Attorneys Involved for Docket: SUCR1991-25197

| Attorney Involved: | | | |
|---|---|---|---|
| Last Name: | Miller | Firm Name: | MA112 |
| Address: | ****JUSTICE**** | First Name: | Rosalind |
| City: | Dorchester | Address: | 510 Washington Street |
| Zip Code: | 02124 | State: | MA |
| Telephone: | 617-288-9500 | Zip Ext: | |
| Fascimile: | 617-288-1212 | Tel Ext: | |
| | | Representing: | |

| Attorney Involved: | | | |
|---|---|---|---|
| Last Name: | Lyons | Firm Name: | SUFF03 |
| Address: | 1 Bulfinch Place | First Name: | Tracy Lee |
| City: | Boston | Address: | 3rd floor |
| Zip Code: | 02114 | State: | MA |
| Telephone: | 617-619-4000 | Zip Ext: | |
| Fascimile: | 617-619-4009 | Tel Ext: | |
| | | Representing: | |

| Attorney Involved: | | | |
|---|---|---|---|
| Last Name: | Taub | Firm Name: | TAUB02 |
| Address: | 59 Temple Place | First Name: | Bruce R |
| City: | Boston | Address: | Suite 300 |
| Zip Code: | 02111 | State: | MA |
| Telephone: | 617-451-5710 | Zip Ext: | |
| Fascimile: | 617-451-2253 | Tel Ext: | |
| | | Representing: | Norris, Kevin (Defendant) |

| Attorney Involved: | | | |
|---|---|---|---|
| Last Name: | Bloomenthal | Firm Name: | BLOO06 |
| Address: | 445 Old Kings Highway Route 6A | First Name: | Sandra F |
| City: | E Sandwich | Address: | PO BOX 870 |
| Zip Code: | 02537 | State: | MA |
| Telephone: | 508-833-9114 | Zip Ext: | |
| Fascimile: | 508-888-0487 | Tel Ext: | |
| | | Representing: | Norris, Kevin (Defendant) |

| Attorney Involved: | | | |
|---|---|---|---|
| Last Name: | Sullivan | Firm Name: | SUFF03 |
| | | First Name: | Jane A |

| | | | |
|---|---|---|---|
| **Address:** | 1 Bulfinch Place | **Address:** | 3rd floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | |
| **Telephone:** | 617-619-4000 | **Tel Ext:** | |
| **Fascimile:** | 617-619-4009 | **Representing:** | |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | BING01 |
| **Last Name:** | Martin | **First Name:** | Ralph C |
| **Address:** | 150 Federal Street | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 1726 |
| **Telephone:** | 617-951-8000 | **Tel Ext:** | |
| **Fascimile:** | 617-951-8736 | **Representing:** | |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | SUFF03 |
| **Last Name:** | Lovell | **First Name:** | Amanda |
| **Address:** | 1 Bulfinch Place | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02ll4 | **Zip Ext:** | |
| **Telephone:** | 6l7-6l9-4000 | **Tel Ext:** | |
| **Fascimile:** | | **Representing:** | |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | ADKI01 |
| **Last Name:** | Kelston | **First Name:** | David L |
| **Address:** | 90 Canal Street | **Address:** | 5th floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | |
| **Telephone:** | 617-367-1040 | **Tel Ext:** | |
| **Fascimile:** | 617-742-8280 | **Representing:** | Norris, Kevin (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MCGU02 |
| **Last Name:** | McGuinness | **First Name:** | Joseph M |
| **Address:** | PO Box 8035 | **Address:** | |
| **City:** | Salem | **State:** | MA |
| **Zip Code:** | 01971 | **Zip Ext:** | |

| | | | |
|---|---|---|---|
| **Telephone:** | 978-741-8051 | **Tel Ext:** | |
| **Fascimile:** | | **Representing:** | Norris, Kevin (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | Foley | **First Name:** | Thomas C |
| **Address:** | PO Box 2187 | **Address:** | |
| **City:** | South Hamilton | **State:** | MA |
| **Zip Code:** | 01982 | **Zip Ext:** | |
| **Telephone:** | 978-239-7003 | **Tel Ext:** | |
| **Fascimile:** | | **Representing:** | Norris, Kevin (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | Fallon | **First Name:** | Richard J |
| **Address:** | PO Box 575 | **Address:** | |
| **City:** | West Acton | **State:** | MA |
| **Zip Code:** | 01720 | **Zip Ext:** | |
| **Telephone:** | 978-264-2930 | **Tel Ext:** | |
| **Fascimile:** | 978-266-0354 | **Representing:** | Norris, Kevin (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | SUFF03 |
| **Last Name:** | Zanini | **First Name:** | John P |
| **Address:** | One Bulfinch Place | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | |
| **Telephone:** | 617-619-4088 | **Tel Ext:** | |
| **Fascimile:** | 617-619-4009 | **Representing:** | |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | SUFF03 |
| **Last Name:** | Brennan | **First Name:** | Lynn D |
| **Address:** | 1 Bulfinch Place | **Address:** | 3rd floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | |
| **Telephone:** | 617-619-4000 | **Tel Ext:** | |
| **Fascimile:** | 617-619-4009 | **Representing:** | |

## Calendar Events

7 Calendar Events for Docket: SUCR1991-25197

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|
| 1 | 02/11/1992 | 09:30 | Hearing: Misc Matters | 1 | Event held as scheduled |
| 2 | 03/25/1992 | 09:30 | Hearing: Misc Matters | 1 | Event canceled not re-scheduled |
| 3 | 05/18/1992 | 09:30 | Hearing: Misc Matters | 1 | |
| 4 | 06/22/1992 | 09:30 | Hearing: Misc Matters | 1 | Event canceled not re-scheduled |
| 5 | 01/14/1993 | 09:30 | Hearing: Motion | 1 | Event canceled not re-scheduled |
| 6 | 10/03/2000 | 09:00 | Hearing: Post-Sentence | 2 | Event canceled not re-scheduled |
| 7 | 12/17/2002 | 09:00 | Hearing: Post-Sentence | 2 | Event canceled not re-scheduled |

## Full Docket Entries

407 Docket Entries for Docket: SUCR1991-25197

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 11/21/1991 | 1 | Indictment returned |
| 11/21/1991 | 2 | Motion by Commonwealth for arrest warrant to issue; filed & allowed |
| 11/21/1991 | 2 | (Constance Sweeney, Justice) |
| 11/21/1991 | | Warrant on indictment issued |
| 11/25/1991 | | Brought into Court on warrant. |
| 11/25/1991 | | Appointment of Counsel Taub |
| 11/25/1991 | | Deft arraigned before Court |
| 11/25/1991 | | Deft waives reading of indictment |
| 11/25/1991 | | RE offense #1: Plea of not guilty |
| 11/25/1991 | | RE offense #2: Plea of not guilty |
| 11/25/1991 | | RE offense #3: Plea of not guilty |
| 11/25/1991 | | RE offense #4: Plea of not guilty |
| 11/25/1991 | | RE offense #5: Plea of not guilty |
| 11/25/1991 | | RE offense #6: Plea of not guilty |
| 11/25/1991 | | RE offense #7: Plea of not guilty |
| 11/25/1991 | | RE offense #8: Plea of not guilty |
| 11/25/1991 | | RE offense #9: Plea of not guilty |
| 11/25/1991 | | Bail set: $500,000.00 with surety or or $50,000.00 cash without |
| 11/25/1991 | | prejudice. Mittimus issued. |
| 11/25/1991 | | Pre-trial conference report ordered for 12/2/91. Wilson, AC/M - R. |
| 11/25/1991 | | Miller, ADA - L. Lagasse, court reporter- B. Taub, attorney. |
| 12/02/1991 | | Defendant not in Court. |

| Date | # | Entry |
|---|---|---|
| 12/02/1991 | 3 | Pre-trial conference report filed. Continued to January 8, l992 to |
| 12/02/1991 | 3 | fil e motions by agreement. Continued to January 15, l992 by |
| 12/02/1991 | 3 | agreement re: hearing on motions. Wilson, AC/M - R. Miller, ADA - D. |
| 12/02/1991 | 3 | Bell, court reporter - B. Taub attorney. |
| 01/06/1992 | 4 | Motion by Deft: for bill of particulars - |
| 01/06/1992 | 5 | Motion by Deft: for documentation of I.D. procedure - |
| 01/06/1992 | 6 | Motion by Deft: for statements of defendant - |
| 01/06/1992 | 7 | Motion by Deft: for disclosure of witnesses - |
| 01/06/1992 | 8 | Motion by Deft: for fees - |
| 01/06/1992 | 9 | Motion by Deft: to file additional pre-trial motions late. |
| 01/15/1992 | | Continued to January 28, l992 by agreement. Wilson, AC/M |
| 01/28/1992 | | Lobby conference. Continued by agreement to 2/3/92 re: motions. |
| 01/28/1992 | | Grabau, J - R Miller, ADA - B. Taub, attorney. |
| 02/12/1992 | | Defendant not in Court. Hearing re: Motions. After hearing, Court |
| 02/12/1992 | | orders: |
| 02/12/1992 | | Motion P#4 waived in open Court. |
| 02/12/1992 | | Motion Paper #5 agreed to. |
| 02/12/1992 | | Motion Paper #6 agreed to. |
| 02/12/1992 | | Motion P #7 allowed as amended. |
| 02/12/1992 | | Motion (P#8 ) allowed. |
| 02/12/1992 | | Motion for In-Camera Examination of Records of Alleged Victim, denied |
| 02/12/1992 | | without prejudice. |
| 02/12/1992 | | Motion for Information Regarding Interviews with the Complaint and |
| 02/12/1992 | | for Preservation and Production of all Communications allowed as |
| 02/12/1992 | | amended. |
| 02/12/1992 | | Motion for Exculpatory Evidence: Psychiataric History of Alleged |
| 02/12/1992 | | Victim denied without prejudice. |
| 02/12/1992 | | Motion for Discovery allowed as endorsed. |
| 02/12/1992 | | Motion for Disclosure of Medical and Physical Evidence allowed as |
| 02/12/1992 | | endorsed. |
| 02/12/1992 | | Continued to February l8, l992 at request of Commonwealth re: motions |
| 02/12/1992 | | and trial. Mulligan, J. - R. Miller, ADA - E.R.D. - B. Taub, Attorney |
| 02/18/1992 | | Defendant not in Court. |
| 02/18/1992 | 10 | Motion by Commonwealth for Order to Compel Defendant to Submit to |
| 02/18/1992 | 10 | Taking of Blood and Saliva filed and allowed. |
| 02/18/1992 | 11 | Deft files Motion for Reconsideration. |
| 02/18/1992 | 12 | Order of Court #1 filed, Mulligan, J. |
| 02/18/1992 | 13 | Order of Court #II filed, Mulligan, J. |
| 02/18/1992 | | Continued by agreement to February 26, l992 re:status. Mulligan, J. - |
| 02/18/1992 | | R. Miller, ADA - J. Gibbs, Court Reporter B. Taub, Attorney |
| 02/26/1992 | | Defendant not in Court. Continued to March 5, l992 by agreement re: |

| Date | No. | Entry |
|---|---|---|
| 02/26/1992 | | status. G. Wilson, AC/M- W. Shea, ADA - D. Cullinan, Court Reporter |
| 02/27/1992 | 14 | Deft files Motion for Order to Compel Potential Witnesses to Submit |
| 02/27/1992 | 14 | to Taking of Blood and Saliva with Affidavit. |
| 02/27/1992 | 15 | Deft files Motion for an Order that Certain Witnesses be Disposed. |
| 02/27/1992 | 16 | Deft files Motion for Discovery. |
| 02/27/1992 | 17 | Deft files Motion to Suppress Evidence Seized with Memorandum and |
| 02/27/1992 | 17 | Affidavit. |
| 02/27/1992 | 18 | Deft files Motion to Suppress Statements with Memorandum of Law |
| 02/27/1992 | 18 | Affidavit. |
| 03/05/1992 | | Defendant not in Court. Hearing re: Motions and Status. |
| 03/05/1992 | | Motion for an Order Compelling Potentially Exculaptory Witnesses to |
| 03/05/1992 | | Submit to Taking of Blood and Saliva, after hearing, denied. |
| 03/05/1992 | | Motion for an Order that Certain Witnesses be disposed, after hearing |
| 03/05/1992 | | denied. |
| 03/05/1992 | | Motion for Discovery after hearing allowed in part. Doerfer, J. - R. |
| 03/05/1992 | | Miller, ADA - E.R.D. - B. Taub, Attorney |
| 04/16/1992 | | Not in Court. Continued to 04/29/92 by agreement. Wilson, AC/M - R. |
| 04/16/1992 | | Miller, ADA - D. McLean, Court Reporter. |
| 04/29/1992 | | Not in Court. Continued to 05/05/92 for Motion by agreement. Wilson, |
| 04/29/1992 | | AC/M - R. Miller, ADA - D. McLean, Court Reporter. |
| 05/04/1992 | | Not in Court. |
| 05/04/1992 | 19 | Deft files Motion for fees for fingerprint expert filed and allowed |
| 05/04/1992 | 19 | as endorsed. Wilson, AC/M - R. Miller, ADA- D. McLean, Court Reporter |
| 05/04/1992 | 19 | - B. Taub, Attorney. |
| 05/20/1992 | | Not in Court. Continued to 5/26/92 for status by agreement. |
| 05/20/1992 | | Wilson,AC/M - R. Miller, ADA - D. McLean, Court Reporter. |
| 05/26/1992 | | Not in Court. Continued to 6/1/92 motions at request of defendant. |
| 05/26/1992 | | Wilson, AC/M - R. Miller, ADA - D. McLean, Court Reporter. |
| 06/15/1992 | 20 | Deft files Motion for further discovery: Rape kit records of alleged |
| 06/15/1992 | 20 | victim. |
| 07/13/1992 | | Motion (P#17) denied Irwin, J. |
| 07/13/1992 | | Motion (P#18) denied. Court to file findings at later date. |
| 07/13/1992 | | Commonwealth moves for trial of indictment #92-25197 offenses 001- |
| 07/13/1992 | | 009. Court, Irwin, J orders 14 jurors impanelled for trial. Court |
| 07/13/1992 | | conducts individual voir dire of prospective jurors. Jury impanelled. |
| 07/13/1992 | | Continued one day by order of Court. |
| 07/13/1992 | | Court recognizes witness Lester Joyner personally without surety in |
| 07/13/1992 | | the sum of $100.00 for his appearance on 7/15/92. Irwin, J. - R. |
| 07/13/1992 | | Miller, ADA - N. King, Court Reporter - B. Taub, Attorney. |
| 07/14/1992 | | Brought into Court. Jury sworn, Commowealth commences its case in |
| 07/14/1992 | | chief. Irwin, J. - R. Miller, ADA - N. King, Court Reporter - B. |

| Date | # | Entry |
|---|---|---|
| 07/14/1992 | | Taub, Attorney. |
| 07/15/1992 | | Brought into Court. Voir Dire hearing with certain jurors. Trial |
| 07/15/1992 | | continues with Commonwealth's case in chief. Commonwealth rests, |
| 07/15/1992 | | defendant rests. Continued one day for arguments and charge. Irwin, |
| 07/15/1992 | | J. - R. Miller, ADA - N. King, Court Reporter - B. Taub, Attorney. |
| 07/16/1992 | | Brought into Court. |
| 07/16/1992 | 21 | Deft files motion for required finding of not guilty, filed. |
| 07/16/1992 | | Motion (P#21) denied Irwin, J. |
| 07/16/1992 | | Deft files request for instructions. |
| 07/16/1992 | | Court appoints juror #11-04 Megan Sykes as foreperson. Upon final |
| 07/16/1992 | | submission of this case to the jury and the 14 jurors being present |
| 07/16/1992 | | the Court orders the jury reduced to 12 deliberating jurors and the |
| 07/16/1992 | | names of juror #10-15 Thomas Capasso and juror #11-9 Margaret Kenney |
| 07/16/1992 | | were drawn and designated alternates. Deliberaton commences. Irwin, |
| 07/16/1992 | | J. - R. Miller, ADA - N. King, Court Reporter - B. Taub, Attorney. |
| 07/17/1992 | | Brought into Court. |
| 07/17/1992 | | RE offense #1: Guilty verdict |
| 07/17/1992 | 22 | Verdict affirmed, verdict slip filed. |
| 07/17/1992 | | RE offense #2: Guilty verdict |
| 07/17/1992 | 23 | Verdict affirmed, verdict slip filed. |
| 07/17/1992 | | RE offense #3: Guilty verdict |
| 07/17/1992 | 24 | Verdict affirmed, verdict slip filed. |
| 07/17/1992 | | RE offense #4: Guilty verdict |
| 07/17/1992 | 25 | Verdict affirmed, verdict slip filed. |
| 07/17/1992 | | RE offense #5: Not guilty verdict |
| 07/17/1992 | 26 | Verdict affirmed, verdict slip filed. |
| 07/17/1992 | | RE offense #6: Not guilty verdict |
| 07/17/1992 | 27 | Verdict affirmed, verdict slip filed. |
| 07/17/1992 | | RE offense #7: Guilty verdict |
| 07/17/1992 | 28 | Verdict affirmed, verdict slip filed.< |
| 07/17/1992 | | RE offense #8: Guilty verdict |
| 07/17/1992 | 29 | Verdict affirmed, verdict slip filed. |
| 07/17/1992 | | RE offense #9: Guilty verdict |
| 07/17/1992 | 30 | Verdict affirmed, verdict slip filed. |
| 07/17/1992 | 31 | Finding of facts, rulings of law and order on defendant's motions to |
| 07/17/1992 | 31 | suppress evidence and statements filed. |
| 07/17/1992 | | Commonwealth moves for sentencing. |
| 07/17/1992 | | Sentence imposed: as to offense #003 M.C.I. Cedar Junction not more |
| 07/17/1992 | | than 40 years, not less than 25 years. Mittimus Issued. |
| 07/17/1992 | | Sentence imposed: as to offense #007 M.C.I. Cedar Junction not more |
| 07/17/1992 | | than 40 years, not less than 25 years concurrent with sentence |

| Date | No. | Entry |
|---|---|---|
| 07/17/1992 | | imposed on offense #003. Mittimus Issued. |
| 07/17/1992 | | Sentence imposed: as to offense #008 M.C.I. Cedar Junction not more |
| 07/17/1992 | | than 40 years, not less than 25 years concurrent with sentence |
| 07/17/1992 | | imposed on offense #003. Mittimus Issued. |
| 07/17/1992 | | Sentence imposed: as to offense #009 M.C.I. Cedar Junction not more |
| 07/17/1992 | | than 40 years, not less than 25 years concurrent with sentence |
| 07/17/1992 | | imposed on offense #003. Mittimus Issued. |
| 07/17/1992 | | Sentence imposed: as to offense #001 M.C.I. Cedar Junction not more |
| 07/17/1992 | | than 40 years, not less than 25 years concurrent with sentence |
| 07/17/1992 | | imposed on offense #003. Mittimus Issued. |
| 07/17/1992 | | Sentence imposed: as to offense #002 M.C.I. Cedar Junction not more |
| 07/17/1992 | | than 5 years, not less than 3 years concurrent with sentence imposed |
| 07/17/1992 | | on offense #003. Mittimus Issued. |
| 07/17/1992 | | Sentence imposed: as to offense #004 M.C.I. Cedar Junction not more |
| 07/17/1992 | | than 10 years, not less than 5 years concurrent with sentence imposed |
| 07/17/1992 | | on offense #003. Mittimus Issued. |
| 07/17/1992 | | Sentence credit given as per 279:33A: 235 days. |
| 07/17/1992 | | Notified of right of appeal under Rule 64 |
| 07/17/1992 | | Notified of right of appeal under Rule 65 |
| 07/17/1992 | | Victim-witness fee assessed: $50.00 |
| 07/17/1992 | | As to offense #005 Defendant discharged-verdict not guilty. |
| 07/17/1992 | | As to offense #006 Defendant discharged-verdict not guilty. Irwin, J. |
| 07/17/1992 | | - R. Miller, ADA - N. King, Attorney - B. Taub, Attorney. |
| 07/21/1992 | 32 | Notice of appeal filed. |
| 07/21/1992 | 33 | Defendant's notice of appeal under rule 64 filed. Irwin, J. Steadman, |
| 07/21/1992 | 33 | C.J. and J. Cremens, C.P.O. each notified. |
| 07/21/1992 | 34 | Motion by defense counsel to withdraw, filed. Irwin, J. notified with |
| 07/21/1992 | 34 | copy. |
| 09/02/1992 | | Copy of notice of appeal mailed to Irwin, J. and R. Miller, ADA. |
| 09/02/1992 | 35 | Court Reporter N. King is hereby notified to prepare one copy of the |
| 09/02/1992 | 35 | transcript of the evidence. Certificate of Clerk-filed. |
| 01/05/1993 | 36 | Motion of Appellate Counsel to withdraw, filed. (Irwin, J. notified) |
| 01/14/1993 | | Not in Court. |
| 01/14/1993 | | Withdrawal of appearance requested by B. Taub. |
| 01/14/1993 | | Committee for Public Counsel Services Appeals Division appointed. G. |
| 01/14/1993 | | Wilson,AC/M - R. Powers, ADA - E.R.D. |
| 04/28/1993 | | Transcript received from N.King, Court Reporter. |
| 05/14/1993 | | Notice sent to attorneys that transcripts are available. |
| 05/17/1993 | 37 | Certificate of delivery of transcript by Clerk-filed. |
| 06/09/1993 | | Second notice sent to Attorney Homans Re: Transcripts. |
| 07/01/1993 | | Notice of assembly of record; mailed to App Crt per Rule 9(d) |

| Date | Paper # | Entry |
|---|---|---|
| 07/01/1993 | | Two certified copies of docket entries, original and copy of transcript, two copies of exhibit list, list of documents, copy of Findings of Facts, Rulings of Law and Order on Defendant's Motions to Suppress Evidence and Statements and Notice of Appeal, each transmitted to Clerk of Appellate Court. (R.Miller, ADA K.McMahon,ADA and W.Homans,Attorney for defendant each notified) |
| 07/15/1993 | 38 | Certificate of delivery of transcript by Clerk-filed. |
| 05/03/1996 | 39 | Rescript rec'd from Appeals Court "Judgement affirmed," filed. (W. Homans, Atty. & K. McMahon, ADA each ntfd) |
| 05/20/1998 | 40 | Deft files motion for a new trial, affidavit of Kevin Norris. |
| 05/20/1998 | 41 | Deft files motion for the appointment of counsel. (Donovan, RAJ notified with copy) |
| 05/29/1998 | | Motion (P#40) denied without a hearing. Donovan, R.A.J.; (defendant notified as to paper #40) |
| 05/29/1998 | | Motion for appointment of counsel denied. Donovan, R.A.J. |
| 06/19/1998 | 42 | Deft files Pro Se notice of appeal. |
| 06/19/1998 | 43 | Deft files pro se motion for appointment of Appellate Counsel. |
| 06/24/1998 | | Copy of Pro Se notice of appeal mailed to Donovan,J and J.Sullivan,ADA |
| 06/25/1998 | | Notice of assembly of record; mailed to App Crt per Rule 9(d) |
| 06/25/1998 | | Two certified of copies of docket entries, two copies of exhibit list, list of documents, and copy of Pro se Motion for New Trial, Motion for appointment of counsel and notice of appeal, each transmitted to Clerk of Appellate Court. (J.Sullivan,ADA - and K.Norris, Pro Se ) |
| 06/30/1998 | 44 | Deft files motion to withdraw notice of appeal pending motion for reconsideration. |
| 11/09/1998 | | Motion (P#44 ) denied received from Donovan, RAJ. See endorsement. (defendant, pro se notified with copy) |
| 01/26/1999 | 45 | Deft files pro se: Motion for scientific testing of certain physical evidence with affidavits in support of said motion. (Donovan, RAJ notified w/copy) Irwin, J. was original justice |
| 02/23/1999 | | Paper No. 45 referred to Committee for Public Counsel per Donovan, RAJ. (Defendant and Julie Boyden, CPCS notified with copy of endorsement) |
| 05/21/1999 | 46 | Deft files: Pro-Se motion for free transcripts affidavit is support of. (Donovan, RAJ. notified w/copy). |
| 06/02/1999 | | After due consideration by the Court, paper #46 (motion for free transcripts) denied. |
| 12/01/1999 | 47 | Rescript received from Appeals Court; "Orders Denying New Trial Motion and Motion for Reconsideration Affirmed", Filed. |

| Date | Paper # | Description |
|---|---|---|
| 05/02/2000 | 48 | Deft files motion to test and inspect physical evidence for the purpose of DNA testing. (Spurlock, RAJ and R. Martin, DA notified w/copy) |
| 05/02/2000 | | Appearance of Deft's Atty: David L Kelston, filed. |
| 05/04/2000 | 49 | Deft files motion for expenses. (Irwin, J original Justice - Spurlock, RAJ notified w/copy) |
| 06/28/2000 | | Brought into Court |
| 06/28/2000 | | Motion (P#48) allowed. |
| 06/28/2000 | | Motion (P#49) allowed (Charles T. Spurlock, R. A. J.) - T. Lyons, ADA - M. McDonald, Court Reporter - N. Rosmarin, Atty. |
| 08/03/2000 | | Appearance of Commonwealth's Atty: Tracy Lee Lyons, filed. |
| 08/03/2000 | 50 | Joint motion for additional expenses, filed. |
| 08/03/2000 | | Motion (P#50) allowed (Charles T. Spurlock, RAJ) (D. Kelston, Attorney and T. Lyons, ADA notified) |
| 01/24/2001 | 51 | Withdrawal of appearance filed by David L Kelston. |
| 08/26/2002 | 52 | Deft files motion for post conviction relief (newly discovered evidence) with affidavit |
| 08/26/2002 | 53 | Deft files motin to inspect and examine tangible evidence with affidavit (Spurlock, RAJ and T. Lyons, ADA notified with copy) |
| 09/06/2002 | | Court orders the Commonwealth to file a memorandum in opposition to defendant's Motions Paper Nos. 52(motion for post conviction relief (newly discovered evidence) with affidavit and Paper No. 53(motion to inspect and examine tangible evidence with affidavit) by 11/12/02. Spurlock, RAJ (T. Lyons, ADA and S. Bloomenthal, Atty notified 6/9/02) |
| 09/12/2002 | 54 | Commonwealth files notice of appearance and statement of opposition to defendant's motion for new trial. (Spurlock, RAJ and Bloomental, Atty. notified with copies and docket sheets) |
| 11/12/2002 | 55 | Commonwealth files motion to enlarge time for filing written memroandum of law in opposition to defendant's motion fo rnew trial and motion to examine evidence (Spurlock, RAJ and S. Bloomenthal, Attorney notified with copy and docket sheets) |
| 11/18/2002 | | Motion (P#55) allowed. Commonwealth has to 12/17/02 to file. Spurlock, RAJ |
| 11/20/2002 | 56 | Deft files opposition to Commonwealth's motion to enlarge time. (Spurlock, RAJ & A. Lovell, ADA notified 12/3/02) |
| 12/18/2002 | 57 | Commonwealth files opposition to defendant's motion for post-conviction relief. (Spurlock, RAJ notified 1/7/03) |
| 01/09/2003 | | Motion (P#52) denied without a hearing. Evidence regarding the towel was presented at trial, and indicatet the source could be anyone of the three people. Spurlock, RAJ (Lovell, ADA and Bloomenthal, Atty. with copies) |

| Date | # | Entry |
|---|---|---|
| 01/17/2003 | 58 | Attorney Sandra Bloomenthal files motion to withdraw. (Spurlock, RAJ |
| 01/17/2003 | 58 | notified with copy and docket sheets 1/22/03) |
| 01/17/2003 | 59 | NOTICE of APPEAL FILED by Kevin Norris |
| 01/23/2003 |  | Withdrawal of appearance filed by Sandra F Bloomenthal allowed. |
| 01/23/2003 |  | Committee for Public Counsel Services, Appeals Division appointed. |
| 01/23/2003 |  | Spurlock, RAJ |
| 01/28/2003 |  | Copy of notice of appeal mailed to Spurlock,RAJ and A.Lovell,ADA |
| 02/07/2003 | 60 | Deft files motion for enlargement of time with affidavit. |
| 02/21/2003 | 61 | Deft files motion for inspection of documents and order compelling |
| 02/21/2003 | 61 | forensic testing of certain evidence with affidavit in support of |
| 02/21/2003 | 61 | motion for post conviction discovery. |
| 02/21/2003 | 62 | Deft files motion for reconsideration with affidavit. |
| 02/21/2003 | 63 | Deft files motion for hearing |
| 02/21/2003 | 64 | Deft files motion for leave to file amended motion for new trial . |
| 02/21/2003 | 65 | Deft files amended motion for new trial with affidavit and memorandum. |
| 02/21/2003 | 66 | Deft files motion to stay notice of appeal. |
| 02/27/2003 |  | Notice of completion of assembly of record sent to clerk of Appeals |
| 02/27/2003 |  | Court and attorney for the Commonwealth and defendant. |
| 02/27/2003 |  | Two (2) certified copies of docket entries, two (2) copies of exhibit |
| 02/27/2003 |  | list and list of documents, and copy of the notice appeal, copy of |
| 02/27/2003 |  | papers #52,54-57,59, Letters received from CPCS dated |
| 02/27/2003 |  | 2-24-03,l0-31-02 & 4-8-02, each transmitted to clerk of appellate |
| 02/27/2003 |  | court.(A.Lovell, ADA - J.Zanini, ADA and defendant notified) |
| 02/28/2003 | 67 | Deft files notice of entry from appeals court. |
| 03/21/2003 | 68 | General correspondence regarding filing of docket entry from the |
| 03/21/2003 | 68 | Appeals Court |
| 03/28/2003 |  | Motion (P#61) denied without a hearing. Spurlock, RAJ (Deft. |
| 03/28/2003 |  | notified with copy 3/31/03) |
| 03/28/2003 |  | Motion (P#62) denied without a hearing. Spurlock, RAJ (Deft notified |
| 03/28/2003 |  | 3/31/03) |
| 03/28/2003 |  | Motion (P#63) denied without hearing. Spurlock, RAJ (Defendant |
| 03/28/2003 |  | notified 3/31/03) |
| 03/28/2003 |  | Motion (P#64) denied without a hearing. Spurlock, RAJ (Deft. |
| 03/28/2003 |  | notified 3/31/03) |
| 03/28/2003 |  | Motion (P#65) denied without a hearing. Spurlock, RAJ (Deft notified |
| 03/28/2003 |  | 3/31/03) |
| 03/28/2003 |  | Motion (P#66) denied without a hearing. Spurlock, RAJ (Deft. |
| 03/28/2003 |  | notified 3/31/03) |
| 04/11/2003 | 69 | Deft files prose motion to stay sentence |
| 04/11/2003 | 70 | Deft files prose motion to clarify order |
| 04/15/2003 |  | Defendant's pro-se motion to stay sentence (P#69) is denied. |

| Date | Paper # | Entry |
|---|---|---|
| 04/15/2003 | | Spurlock, RAJ.Copies mailed |
| 04/15/2003 | | Defendant's pro-se motion to clarify Court order Motion (P#70) |
| 04/15/2003 | | allowed. Spurlock, RAJ. Copies mailed April 15, 2003 |
| 04/15/2003 | | Committee for Public Counsel Services appointed. (NAC sent 4/16/03) |
| 04/29/2003 | 71 | NOTICE of APPEAL FILED by Kevin Norris, pro se |
| 05/05/2003 | | Copy of notice of appeal mailed to Spurlock,J and A,Lovell, ADA and |
| 05/05/2003 | | J.Zanini, ADA |
| 05/07/2003 | | Notice of completion of assembly of record sent to clerk of Appeals |
| 05/07/2003 | | Court and attorneys for the Commonwealth and defendant,pro se.. |
| 05/07/2003 | | Two (2) certified copies of docket entries, two (2) copies of |
| 05/07/2003 | | exhibit list and list of documents, copy of Paper #64 and #65 with |
| 05/07/2003 | | affidavit & memorandum and notice of appeal (#71), each transmitted |
| 05/07/2003 | | to clerk of appellate court. (A.Lovell, ADA - J.Zanini,ADA - |
| 05/07/2003 | | Defendant pro se) |
| 05/12/2003 | | Notice of docket received from the Appeals Court |
| 03/18/2004 | 72 | Deft files motion for permission to communicate with Cellmark Lab |
| 05/05/2004 | 73 | Order received from Appellate Division that the judgments imposing |
| 05/05/2004 | 73 | said sentences stand and that said appeal be and is hereby dismissed. |
| 05/05/2004 | 73 | (Grabau, Graham & Quinlan, JJ). |
| 09/02/2004 | 74 | Deft files Request for a hearing on Motion to Revise and Revoke |
| 09/02/2004 | 74 | sentence. |
| 09/02/2004 | 75 | Deft files Motin to Revise and Revoke sentence and Affidavit of Kevin |
| 09/02/2004 | 75 | Norris Affidavit of Nicole Norris, Affidavit of Carla Norris |
| 09/15/2004 | | Motion (P#74) denied without a hearing. Spurlock, RAJ |
| 09/15/2004 | | Motion (P#75) denied without a hearing. Spurlock, RAJ |
| 12/10/2004 | 76 | Deft files motion to withdraw as counsel. (Spurlock, RAJ notified |
| 12/10/2004 | 76 | 12/14/04) |
| 12/16/2004 | | Motion (P#76) allowed. Spurlock, RAJ |
| 10/06/2005 | 77 | Deft files pro se motion to correct sentence. (Spurlock J notified |
| 10/06/2005 | 77 | with copy and dockets) |
| 10/20/2005 | 78 | Notice of Docket Entry received from the Supreme Judicial Court: |
| 10/20/2005 | 78 | Judgement: denying relief under c.211, s.3 without hearing(Cowin, J.) |
| 10/20/2005 | 78 | filed. |
| 11/02/2005 | 79 | Notice of docket Entry of appeal received from the Supreme Judicial |
| 11/02/2005 | 79 | Court: Motion for reconsideration of paper #9 and Court order filed |
| 11/02/2005 | 79 | by Kevin Norris pro se. (10/31/05 motion for reconsideration of paper |
| 11/02/2005 | 79 | #9 and Court order is denied without hearing. By the Court (Cowin J) |
| 11/02/2005 | 79 | filed. |
| 12/22/2005 | | Notice from Committee for Public Counsel re: appointment of Attorney |
| 12/22/2005 | | Richard Fallon filed. |
| 05/25/2006 | 80 | Deft files Motion for New Trial or reduction of verdict and Affidavit |

| Date | Paper # | Entry |
|---|---|---|
| 05/25/2006 | 80 | and Memorandum of law. (Spurlock, J. notified 5/26/06) |
| 07/20/2006 | | Court Orders Commonwealth to file a Memorandum in Opposition to |
| 07/20/2006 | | Defendant's Motion for a New Trial by 9/20/06. (Spurlock,J.} R. |
| 07/20/2006 | | Fallon Esq. & J. Zanini ADA notified.. |
| 08/11/2006 | 81 | Notice of Docket Entry received from the Supreme Judicial Court for |
| 08/11/2006 | 81 | the Commonwealth Judgment Affirmed filed. |
| 08/21/2006 | 82 | Deft files Addendum to Motion of Kevin Norris for New Trial or |
| 08/21/2006 | 82 | Reduction of Verdict and Affidavit of Counsel in support thereof. |
| 08/21/2006 | 82 | (Spurlock, J. and J. Zanini, ADA notified 8/22/06) |
| 09/11/2006 | 83 | Commonwealth files: Motion to Enlarge the Time for Filings its |
| 09/11/2006 | 83 | Opposition to Defendant's Motion for New Trial or Reduction of |
| 09/11/2006 | 83 | Vertict Under Mass.R.Crim.P. 10(a) with affidavit in support thereof. |
| 09/11/2006 | 83 | ( notified Spurlock, J. w/copy 7 dockets) |
| 09/19/2006 | | Commonwealth's motion to enlarge time Paper #83 is allowed (Spurlock |
| 09/19/2006 | | J) L Brennan ADA-Richard Fallon Atty w/copy of endorsement |
| 10/24/2006 | 84 | Commonwealth files Commonwealths memorandum in opposition to |
| 10/24/2006 | 84 | defendants motion for new trial and/or reduction of verdict. Atty and |
| 10/24/2006 | 84 | Judge Spurlock notified. |
| 10/27/2006 | 85 | Deft files Motion to Re-Test Physical Evidence for the Purpose of DNA |
| 10/27/2006 | 85 | Testing. (Spurlock, J. notified 10/30/06) |
| 10/27/2006 | 86 | Deft files Motion for Expenses. (Spurlock, J. notified 10/30/06) |
| 11/20/2006 | 87 | Finding by Court: Memorandum of Decision and Order on Defendasnt's |
| 11/20/2006 | 87 | Amended Motion for New Trial denying the motion Spurlock J. (counsel |
| 11/20/2006 | 87 | notified with copies) |
| 11/20/2006 | | MOTION (P#[85]) to retest physical evidence for purpose od DNA Testing |
| 11/20/2006 | | is denied. Spurlock J. |
| 11/20/2006 | | MOTION (P#[86]) for expenses is denied Spurlock J. |
| 12/01/2006 | 88 | Deft files Pro Se: request for action on motion for jail credit paper |
| 12/01/2006 | 88 | #77. |
| 12/11/2006 | 89 | NOTICE of APPEAL FILED by Kevin Norris |
| 12/18/2006 | 90 | Deft, pro se, files motion to dismiss indictments w/affidavit in |
| 12/18/2006 | 90 | support of (Spurlock, J notified w/copy and docket sheets; J. Zanini, |
| 12/18/2006 | 90 | ADA notified w/copy; 12/27/2006) |
| 12/18/2006 | 91 | Defendant files MOTION to revise and revoke sentence late w/affidavit |
| 12/18/2006 | 91 | in support of. (Spurlock, J notified w/copy and docket sheets; J. |
| 12/18/2006 | 91 | Zanini, ADA notified w/copy; 12/27/2006) |
| 12/20/2006 | | MOTION (P#77) is allowed. Court amends entry of 7/19/92 to read |
| 12/20/2006 | | defendant deemed to have served 255 days of said sentence. Spurlock, |
| 12/20/2006 | | J. |
| 12/20/2006 | | Letters of correction reflecting a total amount of 255 days credit |
| 12/20/2006 | | sent to Records Department, NCCI, Gardner and to the defendant this |

| Date | | Entry |
|---|---|---|
| 12/20/2006 | | day. Letters to Nemansket Correctional Center at Bridgewater as well. |
| 01/05/2007 | | Copy of notice of appeal mailed to Spurlock, J. and L. Brennan, ADA |
| 01/05/2007 | | Notice of completion of assembly of record sent to clerk of Appeals |
| 01/05/2007 | | Court and attorneys for the Commonwealth and defendant. |
| 01/05/2007 | | Two (2) certified copies of docket entries, two (2) copies of exhibit |
| 01/05/2007 | | list and list of documents, and copy of the notice of appeal (P#89) , |
| 01/05/2007 | | also Paper No's 80, 82, 83, 84, 87, each transmitted to clerk of |
| 01/05/2007 | | appellate court. |
| 01/10/2007 | 92 | Notice of Entry of appeal received from the Appeals Court, in |
| 01/10/2007 | 92 | accordance with Massachusetts Rule of Appellate Procedure 10 (a) (3), |
| 01/10/2007 | 92 | please note that the above-referenced case was entered in the Appeals |
| 01/10/2007 | 92 | Court on January 5, 2007 filed. |
| 01/16/2007 | | MOTION (P#90) is denied without a hearing. Spurlock, J. (J. Zanini, |
| 01/16/2007 | | ADA and Deft pro se notified with copy of endorsement 1/17/07) |
| 01/16/2007 | | MOTION (P#91) is denied without a hearing. Spurlock, J. (J. Zanini, |
| 01/16/2007 | | ADA and Deft pro se notified with copy of endorsement 1/17/07) |

## Charges

9 Charges for Docket: SUCR1991-25197

| No. | Charge Description: | Indictment: | Status: |
|---|---|---|---|
| 1 | Assault, dangerous weapon | SUDA91-25197 | Guilty verdict |
| 2 | Kidnap | SUDA91-25197 | Not guilty verdict |
| 3 | Assault & battery, dangerous weapon | SUDA91-25197 | Not guilty verdict |
| 4 | Robbery, armed | SUDA91-25197 | Guilty verdict |
| 5 | Robbery, armed | SUDA91-25197 | Guilty verdict |
| 6 | Robbery, armed | SUDA91-25197 | Guilty verdict |
| 7 | Rape, aggravated | SUDA91-25197 | Guilty verdict |
| 8 | Rape, aggravated | SUDA91-25197 | Guilty verdict |
| 9 | Rape, aggravated | SUDA91-25197 | Guilty verdict |

© Copyright, Massachusetts Administrative Office of the Trial Court, 2000 - 2001.