```
                              Kevin Norris W-52945
                              30 Administration Road
                              Bridgewater, MA 02324
```

Civil clerk's office
United States district court
U.S. Courthouse
Docket Clerk: Kathleen Boyce
1 Courthouse way
Boston, MA 02210

FILED
CLERKS OFFICE
2007 MAY 24  P 1: 14
U.S. DISTRICT COURT
DISTRICT OF MASS.

RE: Norris V. Steven O'Brien, superintendent
C.A. No.05-11353MLW

May 22, 2007

Dear Ms. Boyce:

  I would greatly appreciate it if you could bring to Judge Wolfs' attention the several motions that I have filed and have not, been ruled upon, i.e., motion for Certificate of Appealability, motion for reconsideration & allowance, motion for hearing, etc...

  I thank you in advance for your kind attention to this matter.

                                        Sincerely,

                                        Kevin Norris
                                        Kevin Norris